UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott E. Kaplan, LLC
5 South Main Street, P.O. Box 157
Allentown, New Jersey 08501
(609) 259-1112
Attorney for Debtor(s)

Order Filed on April 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: _____19-32881_____ |
| Rosa Maria Styles, | Judge: _____ABA_____ |
| Debtor | Chapter: _____11_____ |

---

Recommended Local Form:    ☑ Followed    ☐ Modified

---

## ORDER AUTHORIZING
## RETENTION OF  _Anthony Nini, CPA_

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: April 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:  Rosa Maria Styles

Case No.:  19-32881

Applicant:  Rosa Maria Styles

(check all that apply)  ☐ Trustee:  ☐ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

☑ Debtor:  ☑ Chap. 11        ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:  Anthony Nini, CPA

Address of Professional:  1075 Easton Avenue- Suite 178

Somerset, NJ 08873

_____

_____

☐ Attorney for (check all that apply):

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Accountant for:

☐ Trustee   ☑ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

2

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-32881-ABA
Rosa Maria Styles                                                         Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Apr 28, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db             +Rosa Maria Styles,    61 Hartford Road,   Sewell, NJ 08080-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
          Jason C Manfrey    on behalf of Creditor    CEBV, LLC jmanfrey@foxrothschild.com,
           jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Michael G. Menkowitz    on behalf of Creditor    CEBV, LLC mmenkowitz@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          Rebecca K. McDowell    on behalf of Creditor Thomas J. Welsh, Jr. rmcdowell@slgcollect.com
          Scott E. Kaplan    on behalf of Debtor Rosa Maria Styles scott@sekaplanlaw.com,
           felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
          Scott E. Kaplan    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com,
           felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecf@powerskirn.com
                                                                                    TOTAL: 8