# ROSA MARIA STYLES   19-32881 ABA
## Check Detail
### March 2020

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | 2/24/2020 | 03/01/2020 | FILOMENA LAKEVIEW | | TD BANK 6745 | Food and housekee... | -75.24 | -75.24 |
| TOTAL | | | | | | -75.24 | 75.24 |
| Check | 2/25/2020 | 03/01/2020 | CVS | | TD BANK 6745 | Medical | -35.05 | -35.05 |
| TOTAL | | | | | | -35.05 | 35.05 |
| Check | 2/27/2020 | 03/01/2020 | AMAZON | | TD BANK 6745 | Personal | -83.88 | -83.88 |
| TOTAL | | | | | | -83.88 | 83.88 |
| Check | 2/27/2020 | 03/01/2020 | BALLERTV | | TD BANK 6745 | Cable, TV, Telephone | -19.99 | -19.99 |
| TOTAL | | | | | | -19.99 | 19.99 |
| Check | 2/28/2020 | 03/01/2020 | ULTA | | TD BANK 6745 | Personal | -91.30 | -91.30 |
| TOTAL | | | | | | -91.30 | 91.30 |
| Check | 2/28/2020 | 03/01/2020 | HOMEGOODS | | TD BANK 6745 | Equipment | -88.10 | -88.10 |
| TOTAL | | | | | | -88.10 | 88.10 |
| Check | | 03/01/2020 | FILOMENA LAKEVIEW | | TD BANK 6745 | Food and housekee... | -66.92 | -66.92 |
| TOTAL | | | | | | -66.92 | 66.92 |
| Check | | 03/03/2020 | ATM | | TD BANK 6745 | | | -300.00 |

# ROSA MARIA STYLES 19-32881 ABA
## Check Detail
### March 2020

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | | 03/03/2020 | | Personal | TD BANK 6745 | -300.00 | 300.00 |
| TOTAL | | | | | | -300.00 | 300.00 |
| Check | | 03/04/2020 | AMAZON | service charges- che... | TD BANK 6745 | -3.00 | 3.00 |
| TOTAL | | | | | | -3.00 | 3.00 |
| Check | | 03/04/2020 | TJMAXX | Food and housekee... | TD BANK 6745 | -13.85 | 13.85 |
| TOTAL | | | | | | -13.85 | 13.85 |
| Check | | 03/04/2020 | IKEA | Clothing | TD BANK 6745 | -85.27 | 85.27 |
| TOTAL | | | | | | -85.27 | 85.27 |
| Check | | 03/05/2020 | LONGHORN | Equipment | TD BANK 6745 | -612.74 | 612.74 |
| TOTAL | | | | | | -612.74 | 612.74 |
| Check | | 03/05/2020 | ROGER WILCO | Food and housekee... | TD BANK 6745 | -67.83 | 67.83 |
| TOTAL | | | | | | -67.83 | 67.83 |
| Check | | 03/05/2020 | SANCHO PISTOLA | Food and housekee... | TD BANK 6745 | -61.55 | 61.55 |
| TOTAL | | | | | | -61.55 | 61.55 |
| | | | | | | -95.55 | |

# ROSA MARIA STYLES   19-32881 ABA
## Check Detail
### March 2020

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | | 03/05/2020 | ATM | | TD BANK 6745 | Food and housekee... | -95.55 | 95.55 |
| TOTAL | | | | | | -95.55 | |
| Check | | 03/05/2020 | 418 SEPHORA | | TD BANK 6745 | Personal | -300.00 | 300.00 |
| TOTAL | | | | | | -300.00 | |
| Check | | 03/05/2020 | KRAFTWORK | | TD BANK 6745 | | -110.89 | 110.89 |
| TOTAL | | | | | | -110.89 | |
| Check | | 03/06/2020 | WALMART | | TD BANK 6745 | Food and housekee... | -58.78 | 58.78 |
| TOTAL | | | | | | -58.78 | |
| Check | | 03/06/2020 | MARSHALLS | | TD BANK 6745 | Personal | -81.65 | 81.65 |
| TOTAL | | | | | | -81.65 | |
| Check | | 03/06/2020 | THE PREPPY | | TD BANK 6745 | Clothing | -109.00 | 109.00 |
| TOTAL | | | | | | -109.00 | |
| Check | | 03/06/2020 | ROYAL FARMS | | TD BANK 6745 | Clothing | -70.12 | 70.12 |
| TOTAL | | | | | | -70.12 | |
| Check | | | | | TD BANK 6745 | Food and housekee... | -53.83 | 53.83 |
| | | | | | | -53.83 | |

# ROSA MARIA STYLES   19-32881 ABA
## Check Detail
### March 2020

| Type | Date | Num | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | 03/11/2020 | | ATM | | TD BANK 6745 | -53.83 | |
| | | | | Personal | TD BANK 6745 | -400.00 | -400.00 |
| TOTAL | | | | | | -400.00 | 400.00 |
| Check | 03/11/2020 | | ATM | | TD BANK 6745 | | |
| | | | | service charges- che... | TD BANK 6745 | -3.00 | -3.00 |
| TOTAL | | | | | | -3.00 | 3.00 |
| Check | 03/12/2020 | | CANALS | | TD BANK 6745 | | |
| | | | | Food and housekee... | TD BANK 6745 | -72.43 | -72.43 |
| TOTAL | | | | | | -72.43 | 72.43 |
| Check | 03/12/2020 | | AETNA | | TD BANK 6745 | | |
| | | | | Health Insurance | TD BANK 6745 | -134.61 | -134.61 |
| TOTAL | | | | | | -134.61 | 134.61 |
| Check | 03/12/2020 | | ULTA | | TD BANK 6745 | | |
| | | | | Personal | TD BANK 6745 | -21.33 | -21.33 |
| TOTAL | | | | | | -21.33 | 21.33 |
| Check | 03/12/2020 | | TERRA NOVA | | TD BANK 6745 | | |
| | | | | Food and housekee... | TD BANK 6745 | -89.52 | -89.52 |
| TOTAL | | | | | | -89.52 | 89.52 |
| Check | 03/13/2020 | | AMAZON | | TD BANK 6745 | | |
| | | | | Clothing | TD BANK 6745 | -11.99 | -11.99 |
| TOTAL | | | | | | -11.99 | 11.99 |

## ROSA MARIA STYLES   19-32881 ABA
### Check Detail
#### March 2020

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | | 03/13/2020 | AMAZON | Clothing | TD BANK 6745 | -35.00 | -35.00 |
| TOTAL | | | | | | | 35.00 |
| Check | | 03/13/2020 | AMAZON | Food and housekee... | TD BANK 6745 | -15.98 | -15.98 |
| TOTAL | | | | | | | 15.98 |
| Check | | 03/13/2020 | ESTY | Clothing | TD BANK 6745 | -48.44 | -48.44 |
| TOTAL | | | | | | | 48.44 |
| Check | | 03/13/2020 | AMAZON | Food and housekee... | TD BANK 6745 | -11.99 | 11.99 |
| TOTAL | | | | | | | 11.99 |
| Check | | 03/17/2020 | Planet fitness | Medical | TD BANK 6745 | -23.51 | -23.51 |
| TOTAL | | | | | | | 23.51 |
| Check | | 03/18/2020 | Dollar Tree | Personal | TD BANK 6745 | -50.86 | 50.86 |
| TOTAL | | | | | | | 50.86 |
| Check | | 03/18/2020 | CANALS | Food and housekee... | TD BANK 6745 | -35.15 | -35.15 |
| TOTAL | | | | | | | 35.15 |
| Check | | 03/18/2020 | TARGET | | TD BANK 6745 | | -156.93 |

# ROSA MARIA STYLES   19-32881 ABA
## Check Detail
### March 2020

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | | 03/23/2020 | | maintenance fee | Clothing | -156.93 | 156.93 |
| TOTAL | | | | | | -156.93 | 156.93 |
| Check | | 03/23/2020 | | check image fee | TD BANK 6745 service charges- che... | -10.00 | 10.00 |
| TOTAL | | | | | | -10.00 | 10.00 |
| Check | | 03/23/2020 | | | TD BANK 6745 service charges- che... | -2.00 | 2.00 |
| TOTAL | | | | | | -2.00 | 2.00 |
| Check | 2443 | 03/20/2020 | Well Care Health Plan | | TD BANK 6745 Health Insurance | -31.40 | -31.40 31.40 |
| TOTAL | | | | | | -31.40 | 31.40 |