Law Offices
of
SCOTT E. KAPLAN, LLC
5 South Main Street
P.O. Box 157
Allentown, New Jersey 08501
(609) 259-1112; (609) 587-2800
(609) 259-5600 (fax)
E-mail: scott@sekaplanlaw.com

June 01, 2020

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

               Re: Rosa M. Styles
               Case No: 19-32881-ABA

Dear Sir/Madam:

      Please withdraw Document Number 88, Modified Amended Schedules. This document was filed in error.

      Thank you in advance for your attention to this matter.

               Very truly yours,

               /s/ Scott E. Kaplan_____
               Scott E. Kaplan