UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re ROSA MARIA STYLES

Case No. _____ 19-32881 ABA
Reporting Period: MAY 2020

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | N/A | | |
| Status of Postpetition Taxes | MOR-4 | N/A | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Rosa M. Styles                         6/18/2020
Signature of Debtor                        Date

_____                    _____
Signature of Joint Debtor                  Date

_____                    _____
Signature of Authorized Individual*        Date

_____                    _____
Printed Name of Authorized Individual      Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re___ROSA MARIA STYLES___
Debtor

Case No. __19-32881 ABA
Reporting Period: MAY 2020

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | PLEASE SEE ATTACHED QUICKBOOKS REGISTER AND BANK STATEMENTS | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 4,852.36 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 4,852.36 |

FORM MOR-1
(04/07)

In re __ROSA MARIA STYLES__
 Debtor

Case No. 19-32881 ABA
Reporting Period: MAY 2020

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | **PLEASE SEE ATTACHED QUICKBOOKS WORK** | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**OTHER**

FORM MOR-1a
(04/07)

FORM MOR-1b
(04/07)

In re    ROSA MARIA STYLES
         Debtor

Case No.    19-32881 ABA
Reporting Period: MAY 2020

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| See Petition, Statement of Affairs and Application for Retention - Scott Kaplan, Esq. | | | | | | | | | |

In re ROSA MARIA STYLES
Debtor

Case No. __19-32881 ABA
Reporting Period: MAY 2020

## STATUS OF POSTPETITION TAXES
### ADDRESSED IN DISCLOSURE STATEMENT AND PLAN

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

Federal and State Income Tax withheld from salary

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | $ - |
| FICA-Employee | | | | | | $ - |
| FICA-Employer | | | | | | $ - |
| Unemployment | | | | | | $ - |
| Income: addressed in the Plan Projections | $ - | | | | | $ - |
| Other: | | | | | | $ - |
| Total Federal Taxes | $ - | | | | | $ - |
| **State and Local** | | | | | | |
| Withholding | | | | | | $ - |
| Sales | | | | | | $ - |
| Excise | | | | | | $ - |
| Unemployment | | | | | | $ - |
| Real Property | Addressed in the Disclosure Statement and Plan (DS&P) | | | | | |
| Personal Property | | | | | | $ - |
| Other: | | | | | | $ - |
| Total State and Local | Addressed in the Disclosure Statement and Plan (DS&P) | | | | | |
| Total Taxes | Addressed in the Disclosure Statement and Plan (DS&P) | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS
### ADDRESSED IN DISCLOSURE STATEMENT AND PLAN

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | $ - |
| Wages Payable | | | | | | $ - |
| Taxes Payable - Income Addressed in DS&P | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent/Leases-Building | | | | | | $ - |
| Rent/Leases-Equipment | | | | | | $ - |
| Secured Debt/Adequate Protection Payments | VALID MORTGAGES ARE PROTECTED BY PROPERTY VALUE | | | | | |
| Professional Fees | | | | | | $ - |
| Amounts Due to Insiders* | | | | | | $ - |
| | | | | | | |
| Total Postpetition Debts | $ - | Property FMV exceeds undisputed Secured Debt | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

# ROSA MARIA STYLES  19-32881 ABA
## Profit & Loss
### May 6 through June 5, 2020

|  | May 6 - Jun 5, 20 |
|---|---:|
| **Income** | |
| Retirement Income | 3,232.00 |
| Spousal Contribution | 3,000.00 |
| **Total Income** | 6,232.00 |
| **Expense** | |
| AUTO | 40.00 |
| Clothing | 42.00 |
| Food and housekeeping supplies | 663.60 |
| Health Insurance | 197.41 |
| Maintenance, repair | 1,584.51 |
| Medical | 370.82 |
| Personal | 1,954.02 |
| **Total Expense** | 4,852.36 |
| **Net Income** | 1,379.64 |

# ROSA MARIA STYLES   19-32881 ABA
## Profit & Loss
### December 8, 2019 through June 5, 2020

|  | Dec 8, '19 - Jun 5, 20 |
|---|---:|
| **Income** | |
|    Bank Balance at 12-8-2019 | 2,952.23 |
|    interest income | 0.19 |
|    Retirement Income | 13,254.81 |
|    Spousal Contribution | 5,400.00 |
| **Total Income** | 21,607.23 |
| **Expense** | |
|    AUTO | 40.00 |
|    Cable, TV, Telephone | 162.96 |
|    Clothing | 2,462.94 |
|    Equipment | 700.84 |
|    Food and housekeeping supplies | 3,865.46 |
|    Health Insurance | 513.73 |
|    Maintenance, repair | 1,616.48 |
|    Medical | 1,224.73 |
|    Personal | 8,127.46 |
|    Personal care products and serv | 99.60 |
|    service charges- checks,etc | 43.00 |
|    Tax Ref | -1,200.00 |
|    Transportation | 310.00 |
| **Total Expense** | 17,967.20 |
| **Net Income** | 3,640.03 |

# ROSA MARIA STYLES    19-32881 ABA
# Balance Sheet
## As of June 5, 2020

|  | Jun 5, 20 |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| TD BANK 32881 | 3,640.03 |
| **Total Checking/Savings** | 3,640.03 |
| **Total Current Assets** | 3,640.03 |
| **TOTAL ASSETS** | **3,640.03** |
| **LIABILITIES & EQUITY** | |
| Equity | |
| Net Income | 3,640.03 |
| **Total Equity** | 3,640.03 |
| **TOTAL LIABILITIES & EQUITY** | **3,640.03** |

**ROSA MARIA STYLES   19-32881 ABA**

# Reconciliation Summary

**TD BANK 32881, Period Ending 06/05/2020**

|  | Jun 5, 20 |
|---|---|
| **Beginning Balance** | 0.00 |
| Cleared Transactions |  |
|    Checks and Payments - 42 items | -5,950.99 |
|    Deposits and Credits - 9 items | 9,591.02 |
| Total Cleared Transactions | 3,640.03 |
| **Cleared Balance** | **3,640.03** |
| **Register Balance as of 06/05/2020** | 3,640.03 |
| **Ending Balance** | 3,640.03 |

ROSA MARIA STYLES   19-32881 ABA

# Deposit Detail
## May 6 through June 5, 2020

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Deposit | | 05/07/2020 | | TD BANK 32881 | 1,207.60 |
| | | | US TREASURY SSA | Retirement Income | -1,207.60 |
| TOTAL | | | | | -1,207.60 |
| Deposit | | 05/07/2020 | | TD BANK 32881 | 1,223.30 |
| | | | US TREASURY SSA | Retirement Income | -1,223.30 |
| TOTAL | | | | | -1,223.30 |
| Deposit | | 05/07/2020 | | TD BANK 32881 | 801.10 |
| | | | OWENS-ILLINOIS S... | Retirement Income | -801.10 |
| TOTAL | | | | | -801.10 |
| Deposit | | 05/11/2020 | | TD BANK 32881 | 2,000.00 |
| | | | HUSBAND | Spousal Contribution | -2,000.00 |
| TOTAL | | | | | -2,000.00 |
| Deposit | | 06/02/2020 | | TD BANK 32881 | 1,000.00 |
| | | | HUSBAND | Spousal Contribution | -1,000.00 |
| TOTAL | | | | | -1,000.00 |

# ROSA MARIA STYLES    19-32881 ABA
## Check Detail
May 6 through June 5, 2020

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | CHK | 05/06/2020 | ROYAL FARMS | TD BANK 32881 | -26.04 | -26.04 |
| | | | | Food and housekee... | -26.04 | 26.04 |
| TOTAL | | | | | | |
| Check | CHK | 05/06/2020 | DEBIT | TD BANK 32881 | -400.00 | **-400.00** |
| | | | | Personal | -400.00 | 400.00 |
| TOTAL | | | | | | |
| Check | CHK | 05/07/2020 | WALMART | TD BANK 32881 | -110.96 | **-110.96** |
| | | | | Personal | -110.96 | 110.96 |
| TOTAL | | | | | | |
| Check | CHK | 05/08/2020 | ATHLETA ONLINE | TD BANK 32881 | -131.22 | **-131.22** |
| | | | | Medical | -131.22 | 131.22 |
| TOTAL | | | | | | |
| Check | CHK | 05/08/2020 | ROYAL FARMS | TD BANK 32881 | -36.13 | **-36.13** |
| | | | | Food and housekee... | -36.13 | 36.13 |
| TOTAL | | | | | | |
| Check | CHK | 05/11/2020 | ACME | TD BANK 32881 | -97.54 | **-97.54** |
| | | | | Food and housekee... | -97.54 | 97.54 |
| TOTAL | | | | | | |
| Check | CHK | 05/11/2020 | ATM | TD BANK 32881 | -100.00 | **-100.00** |
| | | | | Personal | -100.00 | 100.00 |
| TOTAL | | | | | | |

**ROSA MARIA STYLES  19-32881 ABA**
**Check Detail**
May 6 through June 5, 2020

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | CHK | 05/11/2020 | BATTLE SPORTS S... | TD BANK 32881 | | |
| | | | | Medical | -135.96 | 135.96 |
| TOTAL | | | | | -135.96 | -135.96 |
| Check | CHK | 05/12/2020 | AETNA | TD BANK 32881 | | |
| | | | | Health Insurance | -134.61 | 134.61 |
| TOTAL | | | | | -134.61 | -134.61 |
| Check | CHK | 05/13/2020 | LOWES | TD BANK 32881 | | |
| | | | | Maintenance, repair | -55.10 | 55.10 |
| TOTAL | | | | | -55.10 | -55.10 |
| Check | CHK | 05/14/2020 | BLOOMERS | TD BANK 32881 | | |
| | | | | Personal | -195.08 | 195.08 |
| TOTAL | | | | | -195.08 | 195.08 |
| Check | CHK | 05/14/2020 | WALMART | TD BANK 32881 | | |
| | | | | Personal | -86.27 | 86.27 |
| TOTAL | | | | | -86.27 | 86.27 |
| Check | CHK | 05/15/2020 | ANGELOS PIZZA | TD BANK 32881 | | |
| | | | | Food and housekee... | -27.74 | 27.74 |
| TOTAL | | | | | -27.74 | -27.74 |
| Check | CHK | 05/18/2020 | ACME | TD BANK 32881 | | |
| | | | | Food and housekee... | -115.11 | 115.11 |
| TOTAL | | | | | -115.11 | 115.11 |

## ROSA MARIA STYLES   19-32881 ABA
### Check Detail
May 6 through June 5, 2020

| Type  | Num | Date       | Name            | Account      | Memo              | Paid Amount | Original Amount |
|-------|-----|------------|-----------------|--------------|-------------------|-------------|-----------------|
| Check | CHK | 05/18/2020 | NJ EXPASS       | TD BANK 32881 | AUTO             | -40.00      | 40.00           |
| TOTAL |     |            |                 |              |                   | -40.00      | 40.00           |
| Check | CHK | 05/18/2020 | ACME            | TD BANK 32881 | Food and housekee... | -26.55   | 26.55           |
| TOTAL |     |            |                 |              |                   | -26.55      | 26.55           |
| Check | CHK | 05/18/2020 | ROYAL FARMS     | TD BANK 32881 | Food and housekee... | -22.91   | 22.91           |
| TOTAL |     |            |                 |              |                   | -22.91      | **-22.91**      |
| Check | CHK | 05/19/2020 | SPORTSMANS GUI... | TD BANK 32881 | Medical          | -87.66      | 87.66           |
| TOTAL |     |            |                 |              |                   | -87.66      | **-87.66**      |
| Check | CHK | 05/20/2020 | WALMART         | TD BANK 32881 | Personal          | -261.71     | 261.71          |
| TOTAL |     |            |                 |              |                   | -261.71     | **-261.71**     |
| Check | CHK | 05/20/2020 | ROYAL FARMS     | TD BANK 32881 | Food and housekee... | -44.77   | 44.77           |
| TOTAL |     |            |                 |              |                   | -44.77      | **-44.77**      |
| Check | CHK | 05/21/2020 | ACME            | TD BANK 32881 | Food and housekee... | -22.13   | **-22.13**      |
| TOTAL |     |            |                 |              |                   | -22.13      | 22.13           |

## ROSA MARIA STYLES   19-32881 ABA
### Check Detail
May 6 through June 5, 2020

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | CHK | 05/22/2020 | DAIRY QUEEN | TD BANK 32881 Food and housekee... | -35.00 | -35.00 |
| TOTAL | | | | | -35.00 | 35.00 |
| Check | CHK | 05/22/2020 | DEBIT | TD BANK 32881 Personal | -400.00 | -400.00 |
| TOTAL | | | | | -400.00 | 400.00 |
| Check | CHK | 05/26/2020 | SEASHORE HOME ... | TD BANK 32881 Maintenance, repair | -1,529.41 | -1,529.41 |
| TOTAL | | | | | -1,529.41 | 1,529.41 |
| Check | CHK | 05/26/2020 | ACME | TD BANK 32881 Food and housekee... | -119.17 | -119.17 |
| TOTAL | | | | | -119.17 | 119.17 |
| Check | CHK | 05/26/2020 | MEDICA RX INS | TD BANK 32881 Health Insurance | -62.80 | -62.80 |
| TOTAL | | | | | -62.80 | 62.80 |
| Check | CHK | 05/26/2020 | AVALON SEAFOO... | TD BANK 32881 Food and housekee... | -36.46 | -36.46 |
| TOTAL | | | | | -36.46 | 36.46 |
| Check | CHK | 05/26/2020 | CVS | TD BANK 32881 Medical | -15.98 | -15.98 |
| TOTAL | | | | | -15.98 | 15.98 |

## ROSA MARIA STYLES   19-32881 ABA
## Check Detail
May 6 through June 5, 2020

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | CHK | 05/29/2020 | DEBIT | TD BANK 32881 Personal | -400.00 | -400.00 |
| TOTAL | | | | | -400.00 | 400.00 |
| Check | CHK | 06/01/2020 | ARBYS | TD BANK 32881 Food and housekee... | -19.61 | -19.61 |
| TOTAL | | | | | -19.61 | 19.61 |
| Check | CHK | 06/01/2020 | THE PREPPY | TD BANK 32881 Clothing | -42.00 | -42.00 |
| TOTAL | | | | | -42.00 | 42.00 |
| Check | CHK | 06/05/2020 | WAWA | TD BANK 32881 Food and housekee... | -34.44 | -34.44 |
| TOTAL | | | | | -34.44 | 34.44 |

# TD Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

AV 01 109384 86122B310 A**5DGT

ROSA M STYLES
DIP CASE 19-32881 DIST NJ
61 HARTFORD RD
SEWELL NJ 08080-2040

Page: 1 of 4
Statement Period: May 06 2020-Jun 05 2020
Cust Ref #: 4373726202-039-T-###
Primary Account #: 437-3726202

## Chapter 11 Checking

ROSA M STYLES
DIP CASE 19-32881 DIST NJ

Account # 437-3726202

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,260.39 | Average Collected Balance | 3,094.14 |
| Deposits | 3,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 3,232.00 | Interest Paid Year-to-Date | 0.02 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,652.36 | Days in Period | 31 |
| Other Withdrawals | 1,200.00 | | |
| Ending Balance | 3,640.03 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/11 | DEPOSIT | 2,000.00 |
| 06/02 | DEPOSIT | 1,000.00 |
| | Subtotal: | 3,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****09922A SSA | 1,207.60 |
| 05/27 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****09922A SSA | 1,223.30 |
| 06/01 | ACH DEPOSIT, OWENS-ILLINOIS S JHTC 5324247 | 801.10 |
| | Subtotal: | 3,232.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/06 | DEBIT POS, *****30071395297, AUT 050620 DDA PURCHASE ROYAL FARMS 16    SICKLERVILLE * NJ | Food | 26.04 |
| 05/07 | DEBIT POS, *****30071395297, AUT 050720 DDA PURCHASE WAL MART WAL MART STO    RIO GRANDE * NJ | Equip | 110.96 |
| 05/08 | DEBIT CARD PURCHASE, *****30071395297, AUT 050420 VISA DDA PUR ATHLETA ONLINE    877 3284538 * OH | Medical | 131.22 |
| 05/08 | DEBIT CARD PURCHASE, *****30071395297, AUT 050620 VISA DDA PUR ROYAL FARMS 164    SICKLERVILLE * NJ | Food | 36.13 |
| 05/08 | DEBIT POS, *****30071395297, AUT 050820 DDA PURCHASE ACME 0996    SEA ISLE CITY * NJ | Food | 97.54 |
| 05/11 | DEBIT CARD PURCHASE, *****30071395297, AUT 051020 VISA DDA PUR BATTLE SPORTS SCIENCE    402 5780101 * NE | Medical | 135.96 |
| 05/11 | NONTD ATM DEBIT, *****30071395297, AUT 051020 DDA WITHDRAW 2701 OCEAN DR    AVALON    * NJ | | 100.00 |
| 05/12 | ACH DEBIT, AETNA HEALTH INS INS PYMT AHC6236740 | Ins | 134.61 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A | Equal Housing Lender

## How to Balance your Account

Page: 2 of 4

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 3,640.03 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | - |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

ROSA M STYLES
DIP CASE 19-32881 DIST NJ

Page: 3 of 4
Statement Period: May 06 2020-Jun 05 2020
Cust Ref #: 4373726202-039-T-###
Primary Account #: 437-3726202

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/13 | DEBIT POS, *****30071395297, AUT 051320 DDA PURCHASE<br>LOWE S 751    TURNERSVILLE * NJ | Equip | 55.10 |
| 05/14 | DEBIT CARD PURCHASE, *****30071395297, AUT 051320 VISA DDA PUR<br>BLOOMERS    SEWELL    * NJ | | 195.08 |
| 05/14 | DEBIT POS, *****30071395297, AUT 051420 DDA PURCHASE<br>WM SUPERC WAL MART SUP    TURNERSVILLE * NJ | Equip | 86.27 |
| 05/15 | DEBIT CARD PURCHASE, *****30071395297, AUT 051420 VISA DDA PUR<br>ANGELOS PIZZA    BLACKWOOD    * NJ | Food | 27.74 |
| 05/18 | DEBIT POS, *****30071395297, AUT 051620 DDA PURCHASE<br>ACME 0859    CAPE MAY COUR * NJ | Food | 115.11 |
| 05/18 | DEBIT CARD PURCHASE, *****30071395297, AUT 051620 VISA DDA PUR<br>NJ EZPASS    888 288 6865 * NJ | Auto | 40.00 |
| 05/18 | DEBIT POS, *****30071395297, AUT 051720 DDA PURCHASE<br>ACME 0996    SEA ISLE CITY * NJ | Food | 26.55 |
| 05/18 | DEBIT CARD PURCHASE, *****30071395297, AUT 051520 VISA DDA PUR<br>ROYAL FARMS 164    SICKLERVILLE * NJ | Food | 22.91 |
| 05/19 | DEBIT CARD PURCHASE, *****30071395297, AUT 051520 VISA DDA PUR<br>SPORTSMANS GUIDE    800 888 5222 * MN | Medical | 87.66 |
| 05/20 | DEBIT POS, *****30071395297, AUT 052020 DDA PURCHASE<br>WAL MART SUPER CENTER    TURNERSVILLE * NJ | Equip | 261.71 |
| 05/20 | DEBIT POS, *****30071395297, AUT 052020 DDA PURCHASE<br>ROYAL FARMS 16    SICKLERVILLE * NJ | Food | 44.77 |
| 05/21 | DEBIT POS, *****30071395297, AUT 052120 DDA PURCHASE<br>ACME 0859    CAPE MAY COUR * NJ | Food | 22.13 |
| 05/22 | DEBIT POS, *****30071395297, AUT 052220 DDA PURCHASE<br>DAIRY QUEEN 19432    STONE HARBOR * NJ | Food | 35.00 |
| 05/26 | DEBIT CARD PURCHASE, *****30071395297, AUT 052220 VISA DDA PUR<br>SEASHORE HOME SUPPLY    STONE HARBOR * NJ | Equip | 1,529.41 |
| 05/26 | DEBIT POS, *****30071395297, AUT 052620 DDA PURCHASE<br>ACME 0996    SEA ISLE CITY * NJ | Food | 119.17 |
| 05/26 | DEBIT CARD PURCHASE, *****30071395297, AUT 052120 VISA DDA PUR<br>MEDICAL RX INS    877 389 9457 * FL | Medical | 62.80 |
| 05/26 | DEBIT CARD PURCHASE, *****30071395297, AUT 052520 VISA DDA PUR<br>AVALON SEAFOOD PRODUCE AVALON    * NJ | Food | 36.46 |
| 05/26 | DEBIT POS, *****30071395297, AUT 052620 DDA PURCHASE<br>CVS PHARMACY 02 02023    SEA ISLE CITY * NJ | Medical | 15.98 |
| 06/01 | DEBIT CARD PURCHASE, *****30071395297, AUT 052920 VISA DDA PUR<br>THE PREPPY PALM    AVALON    * NJ | Personal | 42.00 |
| 06/01 | DEBIT CARD PURCHASE, *****30071395297, AUT 052920 VISA DDA PUR<br>ARBYS 6997 CAPE MAY COU    CAPE MAY CH * NJ | Food | 19.61 |
| 06/05 | DEBIT POS, *****30071395297, AUT 060520 DDA PURCHASE<br>WAWA 432    AVALON    * NJ | Food | 34.44 |

Subtotal: 3,652.36

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ROSA M STYLES
DIP CASE 19-32881 DIST NJ

Page: 4 of 4
Statement Period: May 06 2020-Jun 05 2020
Cust Ref #: 4373726202-039-T-###
Primary Account #: 437-3726202

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/06 | DEBIT | Personal | 400.00 |
| 05/22 | DEBIT | " | 400.00 |
| 05/29 | DEBIT | " | 400.00 |
| | | Subtotal: | 1,200.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/05 | 2,260.39 | 05/19 | 3,639.11 |
| 05/06 | 1,834.35 | 05/20 | 3,332.63 |
| 05/07 | 2,930.99 | 05/21 | 3,310.50 |
| 05/08 | 2,666.10 | 05/22 | 2,875.50 |
| 05/11 | 4,430.14 | 05/26 | 1,111.68 |
| 05/12 | 4,295.53 | 05/27 | 2,334.98 |
| 05/13 | 4,240.43 | 05/29 | 1,934.98 |
| 05/14 | 3,959.08 | 06/01 | 2,674.47 |
| 05/15 | 3,931.34 | 06/02 | 3,674.47 |
| 05/18 | 3,726.77 | 06/05 | 3,640.03 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender