Law Offices
of
# SCOTT E. KAPLAN, LLC
5 S. Main Street
P.O. Box 157
Allentown, New Jersey 08501
(609) 259-1112; (609) 587-2800
(609) 259-5600 (fax)
E-mail: scott@sekaplanlaw.com

July 9, 2020

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

Re: Rosa Maria Styles, Case No. 19-32881-ABA

Dear Sir or Madam:

    Please withdraw Docket item number 96, Application for Compensation, as same has been revised and corrected. An Application for Compensation with the corrected information will be filed in lieu of the document being withdrawn.

    Thanking you for your continuing cooperation, I remain,

                                    Very truly yours,

                                    Law Offices of Scott E Kaplan, LLC

                  By:   /s/ Scott E Kaplan_____
                           Scott E. Kaplan, Esquire