**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Law Offices of Scott E. Kaplan, LLC
5 S. Main Street, P. O. Box 157
Allentown, New Jersey 08501
(609) 259-1112
Attorney for Debtor

In re:

Rosa Maria Styles,

                Debtor

Case No.: 19-32881-ABA

Chapter 11

# APPLICATION FOR ALLOWANCE OF COMPENSATION
# FOR SERVICES RENDERED

The within application of Scott E. Kaplan, Esquire, attorney for Debtor (hereinafter referred to as "applicant"), respectfully represents as follows:

The Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (hereinafter referred to as the "Bankruptcy Code") on December 9, 2019 (hereinafter referred to as the "Filing Date") *Pro Se.*

1. Since February 10, 2020, the applicant has rendered services in this case in the amount of $45,080.00, as appears from the itemized billing invoice included with the present application.

2. The amounts requested for reimbursement of expenses are included with this application in the amount of $ 1,428.84.

3. Your applicant has received a retainer for fees in the amount of $15,000.00 to date. No additional payment has been received since receiving said retainer in February, 2020, nor any promise for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this matter made and there is no agreement or understanding between your applicant and any other person other than the members of said law firm for the compensation to be received for services rendered in this matter. Thus, the balance due your applicant is $31,508.84.

4. Attached as part of this application is a narrative describing services rendered from commencement of representation to the present.

5. It is important to note that US Trustee informally objected to the Application and that the

undersigned agreed to reduce its fee by $6,762.00 in consideration of same. This information is indicated in the Proposed Order.

6. I certify the above statements are true. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                  Law Offices of Scott E. Kaplan LLC

Dated:  July 9, 2020                      By:   /s/ Scott E. Kaplan
                                                      Scott E. Kaplan