Law Offices
of
# SCOTT E. KAPLAN, LLC
5 S. Main Street
P.O. Box 157
Allentown, New Jersey 08501
(609) 259-1112; (609) 587-2800
(609) 259-5600 (fax)
E-mail: scott@sekaplanlaw.com

July 11, 2020

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

Re: Rosa Maria Styles, Case No. 19-32881-ABA

Dear Sir or Madam:

    Please withdraw Docket item number 42, Motion to Sell 43 West 12th Street, Avalon, NJ 08202 in consideration of the fact that the transaction referred to in said motion has fallen through.

    Thanking you for your continuing cooperation, I remain,

                                          Very truly yours,

                                          Law Offices of Scott E Kaplan, LLC

                                  By:   /s/ Scott E Kaplan
                                              Scott E. Kaplan, Esquire

cc: Honorable Andrew B. Altenburg, Jr., U.S.B.J.