Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–32881–ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Rosa Maria Styles
  61 Hartford Road
  Sewell, NJ 08080

Social Security No.:
  xxx–xx–9922

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      8/13/20
Time:      02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Kaplan, Debtor's Attorney

COMMISSION OR FEES
Fees: $45,080.00

EXPENSES
$1,428.84

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 10, 2020
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rosa Maria Styles  
  Debtor

Case No. 19-32881-ABA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jul 10, 2020  
                       Form ID: 137    Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.
```
db         +Rosa Maria Styles,    61 Hartford Road,    Sewell, NJ 08080-2040
acc        +Anthony Nini,    Anthony D. Nini, CPA,    1075 Easton Avenue, Suite 178,
             Somerset, NJ 08873-1648
r          +Robert J. Scully, Jr.,    Ferguson Dechert Real Estate, Inc.,    2789 Dunes Drive,
             Avalon, NJ 08202-1984
cr         +Thomas J. Welsh, Jr.,    c/o Saldutti Law Group,    800 Kings Highway N., Suite 300,
             Cherry Hill, NJ 08034-1511
518634639  ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
             (address filed with court:   BMW Financial Services,     PO Box 78103,    Phoenix, AZ 85062)
518609211  +Bank of America, N.A.,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
518634635  +Bank of America, NA,    PO Box 15222,    Wilmington, DE 19850-5222
518613492  +CEBV, LLC,    Attn: Michael G. Menkowitz, Esq.,    Fox Rothschild LLP,
             2000 Market Street - Twentieth Floor,    Philadelphia, PA 19103-3294
518609215  +CEBV, LLC,    280 Technology Park NW,    Suite 100,    Norcross, GA 30092-2990
518609214  +Capital One Bank (USA), N.A.,    c/o Hayt, Hayt & Landau, LLC,    Two Industrial Way West,
             Eatontown, NJ 07724-2265
518609227  +Drinkwater & Goldstein, LLP,    277 White Horse Pike, Suite 200,    Atco, NJ 08004-2275
518609210  +Fox Rothschild LLP,    1301 Atlantic Avenue,    Midtown Building, Suite 400,
             Atlantic City, NJ 08401-7227
518634637   Hayt, Hayt & Landau, LLC,    Two Hundred Way West,    Eatontown,NJ 07724
518609225  +Higgins Landscaping,    219 Crown Point Rd,    West Deptford, NJ 08086-2113
518609216  +Jerry Schwartz,    1 Twin Oaks Drive,    Shamong, NJ 08088-8553
518609217   Kennedy Medical Group Practice,    PO Box 95000,    CL 4570,    Philadelphia, PA 19195-0001
518609218  +Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road,    Suite 590,    Elmsford, NY 10523-2300
518609219   Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
518609220   Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518808483  +ROBERT SCHWARTZ,    61 HARTFORD ROAD,    SEWELL, NJ 08080-2040
518609221  +Saldutti Law Group,    800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
518609223  +Stefanie Malone-Zeitz, Esquire,    Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
             Cherry Hill, NJ 08034-1925
518891115  +Tenaglia & Hunt,    395 West Passaic St., Ste 205,    Rochelle Park, NJ 07662-3016
518609224  +Thomas J. Walsh, Jr.,    2589 Ocean Avenue,    Avalon, NJ 08202-1964
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 11 2020 01:06:31     Dist Dir of IRS,
             Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2020 01:15:43     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2020 01:15:35     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
518656294  +E-mail/Text: bankruptcy@pepcoholdings.com Jul 11 2020 01:14:57     Atlantic City Electric,
             5 Collins Drive Ste 2133,    Mail Stop 84CP42,    Carneys Point, NJ 08069-3600
518609212  +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 11 2020 01:16:44
             Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,    Miami, FL 33146-1873
518719358  +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 11 2020 01:16:44
             Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
             Coral Gables FL 33146-1873
518609213  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 01:33:43     Capital One Bank,
             4851 Cox Road,    Glen Allen, VA 23060-6293
518634636  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 01:33:43
             Capital One Bank (USA) NA,    1680 Capital One Drive,    McLean, VA 22102-3407
518609222  +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Jul 11 2020 01:10:23
             Secretary of Housing & Urban Development,    451 7th S.W.,    Washington, DC 20410-0002
518611437  +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:10:55     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518609226  +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2020 01:15:35     U.S. Trustee,
             1 Newark Center,    Newark, NJ 07102-5277
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518891116      Deerfeild Associates
518623297*    +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
               Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1              User: admin               Page 2 of 2               Date Rcvd: Jul 10, 2020
                                  Form ID: 137              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jason C Manfrey    on behalf of Defendant    CEBV, LLC jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jason C Manfrey    on behalf of Creditor    CEBV, LLC jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Michael G. Menkowitz    on behalf of Creditor    CEBV, LLC mmenkowitz@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              Michael G. Menkowitz    on behalf of Defendant    CEBV, LLC mmenkowitz@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              Rebecca K. McDowell    on behalf of Creditor Thomas J. Welsh, Jr. rmcdowell@slgcollect.com
              Scott E. Kaplan    on behalf of Debtor Rosa Maria Styles scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
              Scott E. Kaplan    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecf@powerskirn.com
                                                                                              TOTAL: 11
```