CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 JUL 21  A II: 10

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 JUL 21  A II: 10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re  ROSA MARIA STYLES

Case No. _____ 19-32881 ABA
Reporting Period: JUNE 2020

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | N/A | | |
| Status of Postpetition Taxes | MOR-4 | N/A | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

JEANNE A. NAUGHTON, CLERK
**FILED**
JUL 21 2020
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY ____ DEPUTY

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_7/20/2020_
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re___ROSA MARIA STYLES_____
                    Debtor

Case No. __19-32881 ABA

**Reporting Period: JUNE 2020**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | PLEASE SEE ATTACHED QUICKBOOKS REGISTER AND BANK STATEMENTS | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 5,722.30 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 5,722.30 |

FORM MOR-1
(04/07)

In re  **ROSA MARIA STYLES**
Debtor

Case No. 19-32881 ABA
**Reporting Period: JUNE 2020**

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| **BANK BALANCE** | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | PLEASE SEE ATTACHED QUICKBOOKS WORK | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FORM MOR-1b
(04/07)

In re ___ROSA MARIA STYLES___
          Debtor

Case No. ___19-32881 ABA___
**Reporting Period: JUNE 2020**

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| See Petition, Statement of Affairs and Application for Retention - Scott Kaplan, Esq. | | | | | | | | | |

In re ROSA MARIA STYLESA1:G45

    Debtor

Case No. __19-32881  ABA

**Reporting Period: JUNE 2020**

## STATUS OF POSTPETITION TAXES
### ADDRESSED IN DISCLOSURE STATEMENT AND PLAN

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | Federal and State Income Tax withheld from salary |
| Withholding | | | | | | $    - |
| FICA-Employee | | | | | | $    - |
| FICA-Employer | | | | | | $    - |
| Unemployment | | | | | | $    - |
| Income: addressed in the Plan Projections | $    - | | | | | $    - |
| Other: | | | | | | $    - |
| Total Federal Taxes | $    - | | | | | $    - |
| **State and Local** | | | | | | |
| Withholding | | | | | | $    - |
| Sales | | | | | | $    - |
| Excise | | | | | | $    - |
| Unemployment | | | | | | $    - |
| Real Property | Addressed in the Disclosure Statement and Plan (DS&P) | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | $    - |
| Total State and Local | Addressed in the Disclosure Statement and Plan (DS&P) | | | | | |
| **Total Taxes** | Addressed in the Disclosure Statement and Plan (DS&P) | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS
### ADDRESSED IN DISCLOSURE STATEMENT AND PLAN

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | Number of Days Past Due | | | | |
| Accounts Payable | | | | | | $    - |
| Wages Payable | | | | | | $    - |
| Taxes Payable - Income Addressed in DS&P | $    - | $    - | $    - | $    - | $    - | $    - |
| Rent/Leases-Building | | | | | | $    - |
| Rent/Leases-Equipment | | | | | | $    - |
| Secured Debt/Adequate Protection Payments | VALID MORTGAGES ARE PROTECTED BY PROPERTY VALUE | | | | | |
| Professional Fees | | | | | | $    - |
| Amounts Due to Insiders* | | | | | | $    - |
| | | | | | | |
| | | | | | | |
| **Total Postpetition Debts** | $    - | Property FMV exceeds undisputed Secured Debt | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

In Re: ROSA MARIA STYLES
Case No. _19-32881 ABA
**Reporting Period: DECEMBER 2019**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | - |
| + Amounts billed during the period | | - |
| - Amounts collected during the period | | - |
| Total Accounts Receivable at the end of the reporting period | $ | - |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $ | - |
| 31 - 60 days old | | - |
| 61 - 90 days old | | - |
| 91+ days old | | - |
| Total Accounts Receivable | | - |
| Amount considered uncollectible (Bad Debt) | | - |
| **Accounts Receivable (net)** | $ | - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

## ROSA MARIA STYLES    19-32881 ABA
## Balance Sheet
### As of July 5, 2020

| | Jul 5, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| TD BANK 32881 | 11,057.03 |
| **Total Checking/Savings** | 11,057.03 |
| **Total Current Assets** | 11,057.03 |
| **TOTAL ASSETS** | 11,057.03 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Net Income | 11,057.03 |
| **Total Equity** | 11,057.03 |
| **TOTAL LIABILITIES & EQUITY** | 11,057.03 |

Prepetition Assets, including Real Property and Associated Mortgages, and liabilities are disclosed in the Petition and will be addressed in the Plan of Reorganization.

**ROSA MARIA STYLES   19-32881 ABA**
# Profit & Loss

|  | Jun 6 - Jul 6, 20 |
|---|---|
| **Income** | |
| Retirement Income | 2,040.10 |
| Return bank fees | 0.20 |
| Spousal Contribution | 11,099.00 |
| **Total Income** | 13,139.30 |
| **Expense** | |
| Bank Charges | 1.20 |
| Clothing | 148.03 |
| Equipment | 235.96 |
| Food and housekeeping supplies | 477.97 |
| Health Insurance | 134.61 |
| Medical | 93.01 |
| Personal | 3,948.52 |
| Personal care products and serv | 683.00 |
| **Total Expense** | 5,722.30 |
| **Net Income** | 7,417.00 |

### ROSA MARIA STYLES    19-32881 ABA
## Profit & Loss
#### December 9, 2019 through July 5, 2020

| | Dec 9, '19 - Jul 5, 20 |
|---|---|
| **Income** | |
| Bank Balance at 12-8-2019 | 2,952.23 |
| Interest income | 0.19 |
| Retirement Income | 15,294.91 |
| Return bank fees | 0.20 |
| Spousal Contribution | 16,499.00 |
| **Total Income** | 34,746.53 |
| **Expense** | |
| AUTO | 40.00 |
| Bank Charges | 1.20 |
| Cable, TV, Telephone | 162.96 |
| Clothing | 2,610.97 |
| Equipment | 936.80 |
| Food and housekeeping supplies | 4,343.43 |
| Health Insurance | 648.34 |
| Maintenance, repair | 1,616.48 |
| Medical | 1,317.74 |
| Personal | 11,675.98 |
| Personal care products and serv | 1,182.60 |
| service charges- checks,etc | 43.00 |
| Tax Ref | -1,200.00 |
| Transportation | 310.00 |
| **Total Expense** | 23,689.50 |
| **Net Income** | 11,057.03 |

## ROSA MARIA STYLES   19-32881 ABA
## Deposit Detail

| Type | Num | Date | Name | Account | Amount |
|------|-----|------|------|---------|--------|
| Deposit | | 06/15/2020 | | TD BANK 32881 | 0.07 |
| | | | VENMO | Return bank fees | -0.07 |
| TOTAL | | | | | -0.07 |
| Deposit | | 06/15/2020 | | TD BANK 32881 | 0.13 |
| | | | VENMO | Return bank fees | -0.13 |
| TOTAL | | | | | -0.13 |
| Deposit | | 06/22/2020 | | TD BANK 32881 | 1,000.00 |
| | | | HUSBAND | Spousal Contribution | -1,000.00 |
| TOTAL | | | | | -1,000.00 |
| Deposit | | 06/22/2020 | | TD BANK 32881 | 99.00 |
| | | | HUSBAND | Spousal Contribution | -99.00 |
| TOTAL | | | | | -99.00 |
| Deposit | | 06/24/2020 | | TD BANK 32881 | 1,239.00 |
| | | | SOCIAL SECURITY | Retirement Income | -1,239.00 |
| TOTAL | | | | | -1,239.00 |
| Deposit | | 06/26/2020 | | TD BANK 32881 | 10,000.00 |
| | | | HUSBAND | Spousal Contribution | -10,000.00 |
| TOTAL | | | | | -10,000.00 |
| Deposit | | 07/01/2020 | | TD BANK 32881 | 801.10 |
| | | | OWENS-ILLINOIS S... | Retirement Income | -801.10 |
| TOTAL | | | | | -801.10 |

# ROSA MARIA STYLES   19-32881 ABA
## Check Detail

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | CHK | 06/08/2020 | CVS | Medical | TD BANK 32881 | -93.01 | -93.01 |
| TOTAL | | | | | | -93.01 | 93.01 |
| Check | CHK | 06/10/2020 | WAWA | Food and housekee… | TD BANK 32881 | -41.57 | -41.57 |
| TOTAL | | | | | | -41.57 | 41.57 |
| Check | CHK | 06/11/2020 | ACME | Food and housekee… | TD BANK 32881 | -102.03 | -102.03 |
| TOTAL | | | | | | -102.03 | 102.03 |
| Check | CHK | 06/11/2020 | FREDS AVALON | Food and housekee… | TD BANK 32881 | -62.88 | -62.88 |
| TOTAL | | | | | | -62.88 | 62.88 |
| Check | CHK | 06/11/2020 | DEBIT | Personal | TD BANK 32881 | -500.00 | -500.00 |
| TOTAL | | | | | | -500.00 | 500.00 |
| Check | CHK | 06/12/2020 | AETNA | Health Insurance | TD BANK 32881 | -134.61 | -134.61 |
| TOTAL | | | | | | -134.61 | 134.61 |
| Check | CHK | 06/15/2020 | VENMO | Bank Charges | TD BANK 32881 | -0.13 | -0.13 |
| TOTAL | | | | | | -0.13 | 0.13 |

# ROSA MARIA STYLES  19-32881 ABA
## Check Detail

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | CHK | 06/15/2020 | VENMO | | TD BANK 32881 | | |
| | | | | Bank Charges | | -0.07 | 0.07 |
| TOTAL | | | | | | -0.07 | 0.07 |
| Check | CHK | 06/16/2020 | BIG LOTS | | TD BANK 32881 | | |
| | | | | Equipment | | -90.31 | 90.31 |
| TOTAL | | | | | | -90.31 | 90.31 |
| Check | CHK | 06/16/2020 | ACME | | TD BANK 32881 | | |
| | | | | Food and housekee… | | -52.66 | 52.66 |
| TOTAL | | | | | | -52.66 | 52.66 |
| Check | CHK | 06/16/2020 | VENMO | | TD BANK 32881 | | |
| | | | | Bank Charges | | -1.00 | 1.00 |
| TOTAL | | | | | | -1.00 | 1.00 |
| Check | CHK | 06/19/2020 | SP HUKGEAR | | TD BANK 32881 | | |
| | | | | Equipment | | -145.65 | 145.65 |
| TOTAL | | | | | | -145.65 | 145.65 |
| Check | CHK | 06/22/2020 | TJ MAXX | | TD BANK 32881 | | |
| | | | | Clothing | | -126.70 | 126.70 |
| TOTAL | | | | | | -126.70 | 126.70 |
| Check | CHK | 06/24/2020 | SQ PERMANENT C… | | TD BANK 32881 | | |
| | | | | Personal care produ… | | -400.00 | 400.00 |
| TOTAL | | | | | | -400.00 | 400.00 |

# ROSA MARIA STYLES   19-32881 ABA
## Check Detail

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------:|----------------:|
| Check | CHK | 06/25/2020 | HERITAGE SURF A... | | TD BANK 32881 | -39.95 | -39.95 |
| | | | | Food and housekee... | | -39.95 | 39.95 |
| TOTAL | | | | | | 39.95 | 39.95 |
| Check | CHK | 06/26/2020 | DEBIT | | TD BANK 32881 | -500.00 | -500.00 |
| | | | | Personal | | -500.00 | 500.00 |
| TOTAL | | | | | | 500.00 | 500.00 |
| Check | CHK | 06/29/2020 | DEBIT | | TD BANK 32881 | -500.00 | -500.00 |
| | | | | Personal | | -500.00 | 500.00 |
| TOTAL | | | | | | 500.00 | 500.00 |
| Check | CHK | 06/29/2020 | FUSION SALON | | TD BANK 32881 | -283.00 | -283.00 |
| | | | | Personal care produ... | | -283.00 | 283.00 |
| TOTAL | | | | | | 283.00 | 283.00 |
| Check | CHK | 06/29/2020 | CLINTON CONOVE... | | TD BANK 32881 | -25.32 | -25.32 |
| | | | | Food and housekee... | | -25.32 | 25.32 |
| TOTAL | | | | | | 25.32 | 25.32 |
| Check | CHK | 06/29/2020 | ALDI | | TD BANK 32881 | -21.56 | -21.56 |
| | | | | Food and housekee... | | -21.56 | 21.56 |
| TOTAL | | | | | | 21.56 | 21.56 |
| Check | CHK | 06/29/2020 | FIVE BELOW | | TD BANK 32881 | -21.33 | -21.33 |
| | | | | Clothing | | -21.33 | 21.33 |
| TOTAL | | | | | | 21.33 | 21.33 |

## ROSA MARIA STYLES   19-32881 ABA
## Check Detail

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | CHK | 06/30/2020 | BREEZIN UP | | TD BANK 32881 | -132.00 | -132.00 |
| | | | | | Food and housekee... | -132.00 | 132.00 |
| TOTAL | | | | | | | 132.00 |
| Check | | 07/02/2020 | DEBIT | | TD BANK 32881 | -400.00 | -400.00 |
| | | | | | Personal | -400.00 | 400.00 |
| TOTAL | | | | | | | 400.00 |
| Check | CHK | 07/03/2020 | THE REEDS AT SH... | | TD BANK 32881 | -48.52 | -48.52 |
| | | | | | Personal | -48.52 | 48.52 |
| TOTAL | | | | | | | 48.52 |
| Check | DEBIT | 06/26/2020 | DEBIT | | TD BANK 32881 | -2,000.00 | -2,000.00 |
| | | | | | Personal | -2,000.00 | 2,000.00 |
| TOTAL | | | | | | | 2,000.00 |

# ROSA MARIA STYLES    19-32881 ABA
## Reconciliation Detail

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 67 Items** | | | | | | |
| Check | 04/22/2020 | | ACME | X | -188.87 | -188.87 |
| Check | 04/22/2020 | | LOWE | X | -31.97 | -220.84 |
| Check | 04/22/2020 | | MEDICA RX INS | X | -15.70 | -236.54 |
| Check | 04/27/2020 | | CVS | X | -72.68 | -309.22 |
| Check | 04/27/2020 | | ACME | X | -69.65 | -378.87 |
| Check | 05/01/2020 | | ACME | X | -78.21 | -457.08 |
| Check | 05/01/2020 | | CVS | X | -13.73 | -470.81 |
| Check | 05/04/2020 | | DEBIT | X | -400.00 | -870.81 |
| Check | 05/04/2020 | | SHOPRITE | X | -213.65 | -1,084.46 |
| Check | 05/04/2020 | | ACME | X | -14.17 | -1,098.63 |
| Check | 05/06/2020 | CHK | DEBIT | X | -400.00 | -1,498.63 |
| Check | 05/06/2020 | CHK | ROYAL FARMS | X | -26.04 | -1,524.67 |
| Check | 05/07/2020 | CHK | WALMART | X | -110.96 | -1,635.63 |
| Check | 05/08/2020 | CHK | ATHLETA ONLINE | X | -131.22 | -1,766.85 |
| Check | 05/08/2020 | CHK | ROYAL FARMS | X | -36.13 | -1,802.98 |
| Check | 05/11/2020 | CHK | BATTLE SPORTS S... | X | -135.96 | -1,938.94 |
| Check | 05/11/2020 | CHK | ATM | X | -100.00 | -2,038.94 |
| Check | 05/11/2020 | CHK | ACME | X | -97.54 | -2,136.48 |
| Check | 05/12/2020 | CHK | AETNA | X | -134.61 | -2,271.09 |
| Check | 05/13/2020 | CHK | LOWES | X | -55.10 | -2,326.19 |
| Check | 05/14/2020 | CHK | BLOOMERS | X | -195.08 | -2,521.27 |
| Check | 05/14/2020 | CHK | WALMART | X | -86.27 | -2,607.54 |
| Check | 05/15/2020 | CHK | ANGELOS PIZZA | X | -27.74 | -2,635.28 |
| General Journal | 05/17/2020 | 5 | | X | -400.00 | -3,035.28 |
| Check | 05/18/2020 | CHK | ACME | X | -115.11 | -3,150.39 |
| Check | 05/18/2020 | CHK | NJ EXPASS | X | -40.00 | -3,190.39 |
| Check | 05/18/2020 | CHK | ACME | X | -26.55 | -3,216.94 |
| Check | 05/18/2020 | CHK | ROYAL FARMS | X | -22.91 | -3,239.85 |
| Check | 05/19/2020 | CHK | SPORTSMANS GUI... | X | -87.66 | -3,327.51 |
| Check | 05/20/2020 | CHK | WALMART | X | -261.71 | -3,589.22 |
| Check | 05/20/2020 | CHK | ROYAL FARMS | X | -44.77 | -3,633.99 |
| Check | 05/21/2020 | CHK | ACME | X | -22.13 | -3,656.12 |
| Check | 05/22/2020 | CHK | DEBIT | X | -400.00 | -4,056.12 |
| Check | 05/22/2020 | CHK | DAIRY QUEEN | X | -35.00 | -4,091.12 |
| Check | 05/26/2020 | CHK | SEASHORE HOME ... | X | -1,529.41 | -5,620.53 |
| Check | 05/26/2020 | CHK | ACME | X | -119.17 | -5,739.70 |
| Check | 05/26/2020 | CHK | MEDICA RX INS | X | -62.80 | -5,802.50 |
| Check | 05/26/2020 | CHK | AVALON SEAFOO... | X | -36.46 | -5,838.96 |
| Check | 05/26/2020 | CHK | CVS | X | -15.98 | -5,854.94 |
| Check | 06/01/2020 | CHK | THE PREPPY | X | -42.00 | -5,896.94 |
| Check | 06/01/2020 | CHK | ARBYS | X | -19.61 | -5,916.55 |
| Check | 06/05/2020 | CHK | WAWA | X | -34.44 | -5,950.99 |
| Check | 06/08/2020 | CHK | CVS | X | -93.01 | -6,044.00 |
| Check | 06/10/2020 | CHK | WAWA | X | -41.57 | -6,085.57 |
| Check | 06/11/2020 | CHK | DEBIT | X | -500.00 | -6,585.57 |
| Check | 06/11/2020 | CHK | ACME | X | -102.03 | -6,687.60 |
| Check | 06/11/2020 | CHK | FREDS AVALON | X | -62.88 | -6,750.48 |
| Check | 06/12/2020 | CHK | AETNA | X | -134.61 | -6,885.09 |
| Check | 06/15/2020 | CHK | VENMO | X | -0.13 | -6,885.22 |
| Check | 06/15/2020 | CHK | VENMO | X | -0.07 | -6,885.29 |
| Check | 06/16/2020 | CHK | BIG LOTS | X | -90.31 | -6,975.60 |
| Check | 06/16/2020 | CHK | ACME | X | -52.66 | -7,028.26 |
| Check | 06/16/2020 | CHK | VENMO | X | -1.00 | -7,029.26 |
| Check | 06/19/2020 | CHK | SP HUKGEAR | X | -145.65 | -7,174.91 |
| Check | 06/22/2020 | CHK | TJ MAXX | X | -126.70 | -7,301.61 |
| Check | 06/24/2020 | CHK | SQ PERMANENT C... | X | -400.00 | -7,701.61 |
| Check | 06/25/2020 | CHK | HERITAGE SURF A... | X | -39.95 | -7,741.56 |
| Check | 06/26/2020 | DEBIT | DEBIT | X | -2,000.00 | -9,741.56 |
| Check | 06/26/2020 | CHK | DEBIT | X | -500.00 | -10,241.56 |
| Check | 06/29/2020 | CHK | DEBIT | X | -500.00 | -10,741.56 |
| Check | 06/29/2020 | CHK | FUSION SALON | X | -283.00 | -11,024.56 |
| Check | 06/29/2020 | CHK | CLINTON CONOVE... | X | -25.32 | -11,049.88 |
| Check | 06/29/2020 | CHK | ALDI | X | -21.56 | -11,071.44 |
| Check | 06/29/2020 | CHK | FIVE BELOW | X | -21.33 | -11,092.77 |
| Check | 06/30/2020 | CHK | BREEZIN UP | X | -132.00 | -11,224.77 |

## ROSA MARIA STYLES    19-32881 ABA
## Reconciliation Detail

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 07/02/2020 | CHK | DEBIT | X | -400.00 | -11,624.77 |
| Check | 07/03/2020 | CHK | THE REEDS AT SH... | X | -48.52 | -11,673.29 |
| | | Total Checks and Payments | | | -11,673.29 | -11,673.29 |
| **Deposits and Credits - 16 items** | | | | | | |
| Transfer | 04/20/2020 | | | X | 1,357.90 | 1,357.90 |
| Deposit | 04/29/2020 | | IRS TREAS TAX REF | X | 1,200.00 | 2,557.90 |
| Deposit | 05/01/2020 | | OWENS-ILLINOIS S... | X | 801.10 | 3,359.00 |
| Deposit | 05/05/2020 | | | X | 0.02 | 3,359.02 |
| Deposit | 05/07/2020 | | | X | 801.10 | 4,160.12 |
| Deposit | 05/07/2020 | | | X | 1,207.60 | 5,367.72 |
| Deposit | 05/07/2020 | | | X | 1,223.30 | 6,591.02 |
| Deposit | 05/11/2020 | | | X | 2,000.00 | 8,591.02 |
| Deposit | 06/02/2020 | | | X | 1,000.00 | 9,591.02 |
| Deposit | 06/15/2020 | | | X | 0.07 | 9,591.09 |
| Deposit | 06/15/2020 | | | X | 0.13 | 9,591.22 |
| Deposit | 06/22/2020 | | | X | 99.00 | 9,690.22 |
| Deposit | 06/22/2020 | | | X | 1,000.00 | 10,690.22 |
| Deposit | 06/24/2020 | | | X | 1,239.00 | 11,929.22 |
| Deposit | 06/26/2020 | | | X | 10,000.00 | 21,929.22 |
| Deposit | 07/01/2020 | | | X | 801.10 | 22,730.32 |
| | | Total Deposits and Credits | | | 22,730.32 | 22,730.32 |
| | | Total Cleared Transactions | | | 11,057.03 | 11,057.03 |
| | | Cleared Balance | | | 11,057.03 | 11,057.03 |
| | | Register Balance as of 06/05/2020 | | | 11,057.03 | 11,057.03 |
| | | **Ending Balance** | | | **11,057.03** | **11,057.03** |



# Bank
### America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

AV 01 103484 102308305 A**50GT

ROSA M STYLES
DIP CASE 19-32881 DIST NJ
51 HARTFORD RD
SEWELL NJ 08080-2040

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Jun 06 2020-Jul 05 2020 |
| Cust Ref #: | 4373726202-039-T-### |
| Primary Account # | 437-3726202 |

**Upcoming REG CC Changes Effective July 1, 2020**
Reminder: We have updated our policy to comply with the upcoming Regulation CC Changes. TD Banks Funds Availability policy will continue to make $100 available immediately at the time of deposit & the remaining funds will be available by the end of the next business day. Sometimes we may need to place a hold to verify funds are available. If this occurs, we will make an additional $125 available by the end of the first business day after we receive your deposit if a hold is applied. For additional information, please refer to the Funds Availability Policy in the Personal Deposit Account Agreement & Business Deposit Account Agreement, available at td.com

## Chapter 11 Checking

ROSA M STYLES
DIP CASE 19-32881 DIST NJ

Account # 437-3726202

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,640.03 | Average Collected Balance | 5,801.90 |
| Deposits | 11,099.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,040.30 | Interest Paid Year-to-Date | 0.02 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 2,322.30 | Days in Period | 30 |
| Other Withdrawals | 3,400.00 | | |
| Ending Balance | 11,057.03 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/22 | DEPOSIT | 1,000.00 |
| 06/22 | DEPOSIT | 99.00 |
| 06/26 | DEPOSIT | 10,000.00 |
| | Subtotal: | 11,099.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/15 | ACH DEPOSIT, VENMO VERIFYBAN ****521298 | 0.13 |
| 06/15 | ACH DEPOSIT, VENMO VERIFYBAN ****521301 | 0.07 |
| 06/24 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****09922A SSA | 1,239.00 |
| 07/01 | ACH DEPOSIT, OWENS-ILLINOIS S JHTC 5425806 | 801.10 |
| | Subtotal: | 2,040.30 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | DEBIT POS, *****30071395297, AUT 060720 DDA PURCHASE CVS PHARMACY 02 02023    SEA ISLE CITY * NJ | 93.01 |
| 06/10 | DEBIT POS, *****30071395297, AUT 061020 DDA PURCHASE WAWA 432          AVALON      * NJ | 41.57 |
| 06/11 | DEBIT POS, *****30071395297, AUT 061120 DDA PURCHASE ACME 0859          CAPE MAY COUR * NJ | 102.03 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any service charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| Page | | 2 of 4 |
| Ending Balance | | $11,007.?? |
| Total Deposits | + | |
| Sub Total | | |
| Total Withdrawals | | |
| Adjusted Balance | | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and to the state tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY:**

In case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES. Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of this statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

ROSA M STYLES
DIP CASE 19-32881 DIST NJ

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Jun 08 2020-Jul 05 2020 |
| Cust Ref #: | 4373726202-039-T-### |
| Primary Account #: | 437-3726202 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | DEBIT POS, *****30071395297, AUT 061120 DDA PURCHASE<br>FREDS AVALON LIQ 2258 DU    AVALON    * NJ | 62.88 |
| 06/12 | ACH DEBIT, AETNA HEALTH INS PYMT AHC6236740 | 134.61 |
| 06/15 | ELECTRONIC PMT-WEB, VENMO VERIFYBAN ****521305 | 0.13 |
| 06/15 | ELECTRONIC PMT-WEB, VENMO VERIFYBAN ****521306 | 0.07 |
| 06/16 | DEBIT POS, *****30071395297, AUT 061620 DDA PURCHASE<br>BIG LOTS  5266 20 COURT    CAPE MAY CH    * NJ | 90.31 |
| 06/16 | DEBIT POS, *****30071395297, AUT 061620 DDA PURCHASE<br>ACME 0859         CAPE MAY COUR * NJ | 52.66 |
| 06/16 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****698893 | 1.00 |
| 06/19 | DEBIT CARD PURCHASE, *****30071395297, AUT 061820 VISA DDA PUR<br>SP  HUKGEAR         HUKGEAR MYSHO * MD | 145.65 |
| 06/22 | DEBIT POS, *****30071395297, AUT 062220 DDA PURCHASE<br>T J MAXX  20 COURT HOU    CAPE MAY CH    * NJ | 126.70 |
| 06/24 | DEBIT CARD PURCHASE, *****30071395297, AUT 052320 VISA DDA PUR<br>SQ  PERMANENT COSMETICS    SOMERS POINT * NJ | 400.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30071395297, AUT 062320 VISA DDA PUR<br>HERITAGE SURF AND SPORT    MARGATE    * NJ | 39.95 |
| 06/29 | NONTD ATM DEBIT, *****30071395297, AUT 062920 DDA WITHDRAW<br>2701 OCEAN DR       AVALON    * NJ | 500.00 |
| 06/29 | DEBIT CARD PURCHASE, *****30071395297, AUT 062820 VISA DDA PUR<br>FUSION SALON AVALON       AVALON    * NJ | 283.00 |
| 06/29 | DEBIT CARD PURCHASE, *****30071395297, AUT 062620 VISA DDA PUR<br>CLINTON CONOVER FARMS    CAPE MAY CH  * NJ | 25.32 |
| 06/29 | DEBIT POS, *****30071395297, AUT 062720 DDA PURCHASE<br>ALDI 60065         RIO GRANDE    * NJ | 21.56 |
| 06/29 | DEBIT POS, *****30071395297, AUT 062720 DDA PURCHASE<br>FIVE BELO 3201 ROUTE 9    RIO GRANDE  * NJ | 21.33 |
| 06/30 | DEBIT CARD PURCHASE, *****30071395297, AUT 062920 VISA DDA PUR<br>BREEZIN UP         AVALON    * NJ | 132.00 |
| 07/03 | DEBIT CARD PURCHASE, *****30071395297, AUT 070120 VISA DDA PUR<br>THE REEDS AT SHELTER HAV    STONE HARBOR  * NJ | 48.52 |
| | Subtotal: | 2,322.30 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | DEBIT | 500.00 |
| 06/26 | DEBIT | 2,000.00 |
| 06/26 | DEBIT | 500.00 |
| 07/02 | DEBIT | 400.00 |
| | Subtotal: | 3,400.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

### ROSA MARIA STYLES   19-32881 ABA
## Profit & Loss

| | Dec 9, '19 - Jul 5, 20 |
|---|---|
| **Income** | |
| Bank Balance at 12-8-2019 | 2,952.23 |
| Interest Income | 0.19 |
| Retirement Income | 15,294.91 |
| Return bank fees | 0.20 |
| Spousal Contribution | 16,499.00 |
| **Total Income** | 34,746.53 |
| **Expense** | |
| AUTO | 40.00 |
| Bank Charges | 1.20 |
| Cable, TV, Telephone | 162.96 |
| Clothing | 2,610.97 |
| Equipment | 936.80 |
| Food and housekeeping supplies | 4,343.43 |
| Health Insurance | 648.34 |
| Maintenance, repair | 1,616.48 |
| Medical | 1,317.74 |
| Personal | 11,675.98 |
| Personal care products and serv | 1,182.60 |
| service charges- checks,etc | 43.00 |
| Tax Ref | -1,200.00 |
| Transportation | 310.00 |
| **Total Expense** | 23,689.50 |
| **Net Income** | 11,057.03 |

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ROBA M STYLES
DIP CASE 19-32881 DIST NJ

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Jun 06 2020-Jul 05 2020 |
| Cust Ref #: | 4373726202-039-T-### |
| Primary Account #: | 437-3726202 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/05 | 3,640.03 | 06/24 | 4,227.61 |
| 06/08 | 3,547.02 | 06/25 | 4,187.69 |
| 06/10 | 3,505.45 | 06/26 | 11,687.66 |
| 06/11 | 2,840.54 | 06/29 | 10,836.45 |
| 06/12 | 2,705.93 | 06/30 | 10,704.45 |
| 06/16 | 2,561.66 | 07/01 | 11,505.55 |
| 06/19 | 2,416.31 | 07/02 | 11,105.55 |
| 06/22 | 3,366.61 | 07/03 | 11,057.03 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender