| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>ROSA MARIA STYLES,<br><br>                Debtor. | Case No.:    19-32881-ABA<br><br>Chapter:    11<br><br>Hrg Date:   July 28, 2020 at 10:00 AM<br><br>Judge:    Hon. Andrew B. Altenburg, Jr. |

Order Filed on July 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: July 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Rosa Maria Styles
Case No. 19-32881-ABA
Caption of Order: Order Vacating Stay as to Real Property

---

Upon the motion of THOMAS J. WELSH, JR., by and through counsel, Saldutti Law Group, pursuant to 11 U.S.C. § 362(d), for relief from the automatic stay as to the real property described below; the Court having reviewed the Motion and any opposition filed thereto, if any, and heard oral argument, if any; now therefore;

It is on this day ORDERED:

1. that the automatic stay is vacated to permit Thomas J. Welsh, Jr. to pursue his rights in the collateral described below;

2. that Thomas J. Welsh, Jr., shall serve this order on the debtor and upon any party who entered an appearance on the motion;

3. that Thomas J. Welsh, Jr, and/or counsel, shall immediately notify the Debtor AND Anthony Sodono, Esquire and Sari Placona, Esquire of any scheduled Sheriff Sale;

4. that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein; and

5. that this Order is without prejudice to the Debtor to seek reinstatement of the stay however, any reinstatement may provide for prospective relief against the Property in the event of further default.

**Description of Subject Property**

43 West 12th Street, Avalon, New Jersey