UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Scott E Kaplan LLC
5 S. Main Street, P.O. Box 157
Allentown, New Jersey 08501
(609)259-1112
Attorney for Debtor

**Order Filed on July 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Rosa Maria Styles,

                Debtor

Case No.: __19-32881-ABA__

Chapter: 11

Hearing Date: _____

Judge: ABA

# ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: July 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court on Motion of Scott E. Kaplan, LLC, attorney for Debtor, Rosa Maria Styles, Scott E. Kaplan, Esq., appearing, and the Court having considered the pleadings and proofs submitted;

It is on this          day of                    , 2020.

ORDERED as follows:

1.That Scott E Kaplan, Esquire, shall be permitted to withdraw as Counsel for the Debtor, effective immediately.

2.A copy of this Order shall be served on all parties who are affected by this action within seven (7) days of the date hereof.