| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| | Order Filed on July 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROSA MARIA STYLES,<br><br>　　　　　　　Debtor. | Case No.:　19-32881-ABA<br><br>Chapter:　11<br><br>Hrg Date:　July 28, 2020 at 10:00 AM<br><br>Judge:　Hon. Andrew B. Altenburg, Jr. |

**ORDER VACATING STAY AS TO REAL PROPERTY**

The relief set forth on the following page is hereby ORDERED.

**DATED: July 28, 2020**

　　　　　　　　　　　　　　　　　　　　　Honorable Andrew B. Altenburg, Jr.
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Debtor: Rosa Maria Stylianou
Case No. 19-32881-ABA
Caption of Order: Order Vacating Stay as to Real Property

---

Upon the motion of THOMAS J. WELSH, JR., by and through counsel, Saldutti Law Group, pursuant to 11 U.S.C. § 362(d), for relief from the automatic stay as to the real property described below; the Court having reviewed the Motion and any opposition filed thereto, if any, and heard oral argument, if any; now therefore;

It is on this day ORDERED:

1. that the automatic stay is vacated to permit Thomas J. Welsh, Jr. to pursue his rights in the collateral described below;

2. that Thomas J. Welsh, Jr., shall serve this order on the debtor and upon any party who entered an appearance on the motion;

3. that Thomas J. Welsh, Jr, and/or counsel, shall immediately notify the Debtor AND Anthony Sodono, Esquire and Sari Placona, Esquire of any scheduled Sheriff Sale;

4. that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein; and

5. that this Order is without prejudice to the Debtor to seek reinstatement of the stay however, any reinstatement may provide for prospective relief against the Property in the event of further default.

**Description of Subject Property**

43 West 12th Street, Avalon, New Jersey

United States Bankruptcy Court
District of New Jersey

In re:  
Rosa Maria Styles  
    Debtor

Case No. 19-32881-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 28, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.  
db           +Rosa Maria Styles,   61 Hartford Road,    Sewell, NJ 08080-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Jason C Manfrey    on behalf of Defendant    CEBV, LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com  
         Jason C Manfrey    on behalf of Creditor    CEBV, LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com  
         Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
         Michael G. Menkowitz    on behalf of Defendant    CEBV, LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com  
         Michael G. Menkowitz    on behalf of Creditor    CEBV, LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com  
         Rebecca K. McDowell    on behalf of Creditor Thomas J. Welsh, Jr. rmcdowell@slgcollect.com  
         Scott E. Kaplan    on behalf of Debtor Rosa Maria Styles scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com  
         Scott E. Kaplan    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecf@powerskirn.com  
                                                                                                  TOTAL: 11