UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Scott E Kaplan LLC
5 S. Main Street, P.O. Box 157
Allentown, New Jersey 08501
(609)259-1112
Attorney for Debtor

Order Filed on July 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rosa Maria Styles,

               Debtor

Case No.: __19-32881-ABA_____

Chapter: _____11_____

Hearing Date: _____

Judge: ABA _____

# ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: July 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court on Motion of Scott E. Kaplan, LLC, attorney for Debtor, Rosa Maria Styles, Scott E. Kaplan, Esq., appearing, and the Court having considered the pleadings and proofs submitted;

It is on this          day of                  , 2020.

ORDERED as follows:

1. That Scott E Kaplan, Esquire, shall be permitted to withdraw as Counsel for the Debtor, effective immediately.

2. A copy of this Order shall be served on all parties who are affected by this action within seven (7) days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Rosa Maria Styles  
      Debtor

Case No. 19-32881-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1            Date Rcvd: Jul 28, 2020  
                      Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
db              +Rosa Maria Styles,    61 Hartford Road,    Sewell, NJ 08080-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Jason C Manfrey    on behalf of Defendant    CEBV, LLC jmanfrey@foxrothschild.com,    jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com  
        Jason C Manfrey    on behalf of Creditor    CEBV, LLC jmanfrey@foxrothschild.com,    jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com  
        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov  
        Michael G. Menkowitz    on behalf of Defendant    CEBV, LLC mmenkowitz@foxrothschild.com,    brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com  
        Michael G. Menkowitz    on behalf of Creditor    CEBV, LLC mmenkowitz@foxrothschild.com,    brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com  
        Rebecca K. McDowell    on behalf of Creditor Thomas J. Welsh, Jr. rmcdowell@slgcollect.com  
        Scott E. Kaplan    on behalf of Debtor Rosa Maria Styles scott@sekaplanlaw.com,    felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com  
        Scott E. Kaplan    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com,    felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecf@powerskirn.com  
                                                                                                        TOTAL: 11