**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for the Debtor, Rosa Maria Styles*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| ROSA MARIA STYLES, | Case No. 19-32881 (ABA) |
| Debtor. | |

### NOTICE OF APPEARANCE

     Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of the Debtor, Rosa Maria Styles.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Anthony Sodono, III, Esq.
McManimon Scotland & Baumann, LLC
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
973-622-1800 (phone)
Email:  asodono@msbnj.com

    ☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒  All documents and pleadings of any nature.

*/s/ Anthony Sodono, III, Esq.*
Anthony Sodono, III, Esq.

Dated: August 4, 2020