| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1** <br><br> **McMANIMON, SCOTLAND & BAUMANN, LLC** <br> 75 Livingston Avenue, Second Floor <br> Roseland, NJ 07068 <br> (973) 622-1800 <br> Anthony Sodono, III, Esq. (asodono@msbnj.com) <br> Sari B. Placona, Esq. (splacona@msbnj.com) <br> *Proposed Attorneys for the Debtor, Rosa Maria Styles* |

| | |
|---|---|
| In re: <br><br> ROSA MARIA STYLES, <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-32881 (ABA) |

## ADJOURNMENT REQUEST

1. I, Anthony Sodono, III, Esq.,

   ☒ am the attorney for: Rosa Maria Styles (the "Debtor") and request an adjournment of the following hearing for the reason set forth below.

   Matter: Application for Compensation for Scott E. Kaplan [Doc. No. 101].

   Current hearing date and time: August 13, 2020 at 2:00 p.m.

   New date requested: August 20, 2020 at 2:00 p.m.

   Reason for adjournment request: On August 5, 2020, McManimon, Scotland & Baumann ("MSB") filed a Retention Application to be formally retained as counsel to the Debtor. MSB respectfully requests that the hearing be adjourned to give MSB additional time to review the matter.

2. Consent to adjournment:

   ☒ I have the consent of the Debtor and Mr. Kaplan    ☐ I do not have the consent of all parties.

I hereby certify under penalty of perjury that the foregoing is true.

Date:  August 5, 2020                              */s/ Anthony Sodono, III, Esq.*
                                                    Anthony Sodono, III, Esq.

**COURT USE ONLY**

The request for adjournment is:

☒  Granted              New hearing date: 8/27/20 at 2 pm     ☐ Peremptory

☐  Granted over objection(s)    New hearing date: _____     ☐ Peremptory

☐  Denied

**IMPORTANT:  If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4823-1842-2983, v. 1