**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Proposed Attorneys for Debtor, Rosa Maria Styles*

In re:

ROSA MARIA STYLES,

          Debtor.

Chapter 11

Case No. 19-32881 (ABA)

## CERTIFICATION OF SERVICE

1. I, **STACY LIPSTEIN**:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am a Legal Assistant employed by McManimon, Scotland & Baumann, LLC, proposed attorneys to Debtor, Rosa Maria Styles in this matter.

   ☐ am the _____ in the above case and am representing myself.

2. On August 6, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below, as noted:

   - Application for Retention of Professional;
   - Certification of Professional in Support of Application for Retention of Professional; and
   - Proposed Order Authorizing Retention of McManimon, Scotland & Baumann, LLC as Attorneys for the Debtor.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 6, 2020                    */s/ Stacy Lipstein*
                                          Stacy Lipstein

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Jeffrey M. Sponder, Esq.<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov | U.S. Trustee's Office | ☒ Via (ECF)<br>☒ Via e-mail |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | Attorneys for Bayview Loan Servicing, LLC | ☒ Via (ECF)<br>☒ Via e-mail |
| William M.E. Powers, Esq.<br>Powers Kirn, LLC<br>P.O. Box 848<br>Moorestown, NJ 08057<br>ecf@powerskirn.com | Attorneys for Bayview Loan Servicing, LLC | ☒ Via (ECF)<br>☒ Via e-mail |
| Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>mmenkowitz@foxrothschild.com | Attorneys for CEBV, LLC | ☒ Via (ECF)<br>☒ Via e-mail |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>800 N. Kings Highway<br>Cherry Hill, NJ 08034<br>rmcdowell@slgcollect.com | Attorneys for Thomas J. Welsh, Jr. | ☒ Via (ECF)<br>☒ Via e-mail |
| Synchrony Bank<br>c/o PRA Receivables Management<br>PO Box 41021<br>Norfolk, VA 23541 | Authorized Agent for Synchrony Bank | ☒ Regular mail |

| | | | |
|---|---|---|---|
| Gilbert R. Yabes, Esq.<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | Agent for Bayview Loan Servicing, LLC | ☒ | Regular mail |
| CEBV, LLC<br>280 Technology Park NW, Ste 100<br>Norcross, GA 30092 | Twenty Largest Creditor | ☒ | Regular mail |
| Capital One Bank (USA), N.A.<br>c/o Hayt, Hayt & Landau, LLC<br>Two Industrial Way West<br>Eatontown, NJ 07724-0500 | Twenty Largest Creditor | ☒ | Regular mail |
| Penn Medicine<br>PO Box 824406<br>Philadelphia, PA 19182-4406 | Twenty Largest Creditor | ☒ | Regular mail |
| Higgins Landscaping<br>219 Crown Point Road<br>West Deptford, NJ 08086 | Twenty Largest Creditor | ☒ | Regular mail |
| Kennedy Medical Group Practice<br>PO Box 95000<br>CL 4570<br>Philadelphia, PA 19195-0001 | Twenty Largest Creditor | ☒ | Regular mail |
| Drinkwater & Goldstein, LLP<br>277 White Horse Pike, Suite 200<br>Atco, NJ 08004 | Twenty Largest Creditor | ☒ | Regular mail |
| Rosa Maria Styles<br>61 Hartford Road<br>Sewell, NJ 08080 | Debtor | ☒ | Regular mail |