**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Proposed Attorneys for Debtor, Rosa Maria Styles*

Order Filed on August 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ROSA MARIA STYLES,

                     Debtor.

Chapter 11

Case No. 19-32881 (ABA)

Recommended Local Form:    ☒ Followed        ☐ Modified

### ORDER AUTHORIZING RETENTION OF McMANIMON, SCOTLAND & BAUMANN, LLC AS ATTORNEYS FOR DEBTOR

The relief set forth on the following page is **ORDERED**.

**DATED: August 13, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain McManimon, Scotland & Baumann, LLC as attorneys for the Debtor, Rosa Maria Styles, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>75 Livingston Avenue, Second Floor</u>

     <u>Roseland, New Jersey 07068</u>

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

     ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

     ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.