**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Proposed Attorneys for Debtor, Rosa Maria Styles*

Order Filed on August 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ROSA MARIA STYLES,

        Debtor.

Chapter 11

Case No. 19-32881 (ABA)

Recommended Local Form:  ☒ Followed    ☐ Modified

**ORDER AUTHORIZING RETENTION OF McMANIMON,
SCOTLAND & BAUMANN, LLC AS ATTORNEYS FOR DEBTOR**

The relief set forth on the following page is **ORDERED**.

**DATED: August 13, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain McManimon, Scotland & Baumann, LLC as attorneys for the Debtor, Rosa Maria Styles, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  75 Livingston Avenue, Second Floor
   Roseland, New Jersey 07068

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-32881-ABA
Rosa Maria Styles                                               Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin             Page 1 of 1              Date Rcvd: Aug 13, 2020
                              Form ID: pdf903         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.
db              +Rosa Maria Styles,    61 Hartford Road,    Sewell, NJ 08080-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:
              Anthony   Sodono, III    on behalf of Debtor Rosa Maria Styles asodono@msbnj.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jason C Manfrey     on behalf of Defendant    CEBV, LLC jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jason C Manfrey     on behalf of Creditor    CEBV, LLC jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jeffrey M. Sponder     on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Michael G. Menkowitz     on behalf of Defendant    CEBV, LLC mmenkowitz@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              Michael G. Menkowitz     on behalf of Creditor    CEBV, LLC mmenkowitz@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              Rebecca K. McDowell    on behalf of Creditor Thomas J. Welsh, Jr. rmcdowell@slgcollect.com
              Sari Blair Placona    on behalf of Debtor Rosa Maria Styles splacona@msbnj.com
              Scott E. Kaplan    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecf@powerskirn.com
                                                                                               TOTAL: 12