UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on August 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Rosa Marie Styles

| | |
|---|---|
| Case No.: | 19-32881 |
| Hearing Date: | 8/27/20 |
| Judge: | Altenburg |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 27, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scott Kaplan, Esq. | $30,000.00 | $1,428.24 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Rosa Maria Styles  
    Debtor

Case No. 19-32881-ABA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Aug 27, 2020  
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.  
db            +Rosa Maria Styles,    61 Hartford Road,    Sewell, NJ 08080-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:

       Anthony Sodono, III    on behalf of Debtor Rosa Maria Styles asodono@msbnj.com  
       Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Jason C Manfrey    on behalf of Defendant    CEBV, LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com  
       Jason C Manfrey    on behalf of Creditor    CEBV, LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com  
       Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
       Michael G. Menkowitz    on behalf of Defendant    CEBV, LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com  
       Michael G. Menkowitz    on behalf of Creditor    CEBV, LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com  
       Rebecca K. McDowell    on behalf of Creditor Thomas J. Welsh, Jr. rmcdowell@slgcollect.com  
       Sari Blair Placona    on behalf of Debtor Rosa Maria Styles splacona@msbnj.com  
       Scott E. Kaplan    on behalf of Attorney Scott E Kaplan scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com  
       Scott E. Kaplan    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William M.E. Powers    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecf@powerskirn.com  
                                                                                     TOTAL: 13