Form 195 – ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−32881−ABA
Chapter:  11
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosa Maria Styles
   61 Hartford Road
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−9922

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

A Disclosure Statement was filed by Rosa Maria Styles on September 3, 2020 , pursuant to Fed. R. Bankr. P. 3016.

The Court shall conduct a hearing as to the adequacy of such statement before Honorable Andrew B. Altenburg Jr. on :

Date:              October 8, 2020
Time:               10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Anthony Sodono, III
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Roseland, NJ 07068
(973)622−1800


Dated: September 4, 2020
JAN: jpl

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 19-32881-ABA
Rosa Maria Styles                                           Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Sep 04, 2020
                              Form ID: 195             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db             +Rosa Maria Styles,    61 Hartford Road,    Sewell, NJ 08080-2040
aty            +Scott E Kaplan,    5 S. Main Street,    Allentown, Ne  08501,    US 08501-1686
acc            +Anthony Nini,    Anthony D. Nini, CPA,    1075 Easton Avenue, Suite 178,
                 Somerset, NJ 08873-1648
r              +Robert J. Scully, Jr.,    Ferguson Dechert Real Estate, Inc.,    2789 Dunes Drive,
                 Avalon, NJ 08202-1984
cr             +Thomas J. Welsh, Jr.,    c/o Saldutti Law Group,    800 Kings Highway N., Suite 300,
                 Cherry Hill, NJ 08034-1511
518634639     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
                (address filed with court:   BMW Financial Services,    PO Box 78103,    Phoenix, AZ 85062)
518609211      +Bank of America, N.A.,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
518634635      +Bank of America, NA,    PO Box 15222,    Wilmington, DE 19850-5222
518613492      +CEBV, LLC,    Attn: Michael G. Menkowitz, Esq.,    Fox Rothschild LLP,
                 2000 Market Street - Twentieth Floor,    Philadelphia, PA 19103-3294
518609215      +CEBV, LLC,    280 Technology Park NW,    Suite 100,    Norcross, GA 30092-2990
518609214      +Capital One Bank (USA), N.A.,    c/o Hayt, Hayt & Landau, LLC,    Two Industrial Way West,
                 Eatontown, NJ 07724-2265
518609227      +Drinkwater & Goldstein, LLP,    277 White Horse Pike, Suite 200,    Atco, NJ 08004-2275
518609210      +Fox Rothschild LLP,    1301 Atlantic Avenue,    Midtown Building, Suite 400,
                 Atlantic City, NJ 08401-7227
518634637       Hayt, Hayt & Landau, LLC,    Two Hundred Way West,    Eatontown,NJ 07724
518609225      +Higgins Landscaping,    219 Crown Point Rd,    West Deptford, NJ 08086-2113
518609216      +Jerry Schwartz,    1 Twin Oaks Drive,    Shamong, NJ 08088-8553
518609217       Kennedy Medical Group Practice,    PO Box 95000,    CL 4570,    Philadelphia, PA 19195-0001
518609218      +Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road,    Suite 590,    Elmsford, NY 10523-2300
518609219       Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
518609220       Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518808483      +ROBERT SCHWARTZ,    61 HARTFORD ROAD,    SEWELL, NJ 08080-2040
518609221      +Saldutti Law Group,    800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
518609223      +Stefanie Malone-Zeitz, Esquire,    Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
                 Cherry Hill, NJ 08034-1925
518891115      +Tenaglia & Hunt,    395 West Passaic St., Ste 205,    Rochelle Park, NJ 07662-3016
518609224      +Thomas J. Walsh, Jr.,    2589 Ocean Avenue,    Avalon, NJ 08202-1964

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 04 2020 23:52:25      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 23:52:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 23:52:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518656294      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 04 2020 23:52:32      Atlantic City Electric,
                 5 Collins Drive Ste 2133,    Mail Stop 84CP42,    Carneys Point, NJ 08069-3600
518609212      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 04 2020 23:53:18
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,    Miami, FL 33146-1873
518719358      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 04 2020 23:53:18
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables FL 33146-1873
518609213      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2020 23:57:33      Capital One Bank,
                 4851 Cox Road,    Glen Allen, VA 23060-6293
518634636      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2020 23:57:01
                 Capital One Bank (USA) NA,    1680 Capital One Drive,    McLean, VA 22102-3407
518609222      +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Sep 04 2020 23:57:33
                 Secretary of Housing & Urban Development,    451 7th S.W.,    Washington, DC 20410-0002
518611437      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2020 23:57:26      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518609226      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 23:52:52      U.S. Trustee,
                 1 Newark Center,    Newark, NJ 07102-5277
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518891116       Deerfeild Associates
518623297*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 04, 2020
                              Form ID: 195             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2020 at the address(es) listed below:
              Anthony  Sodono, III    on behalf of Debtor Rosa Maria Styles asodono@msbnj.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jason C Manfrey    on behalf of Defendant    CEBV, LLC jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jason C Manfrey    on behalf of Creditor    CEBV, LLC jmanfrey@foxrothschild.com,
               jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Michael G. Menkowitz    on behalf of Creditor    CEBV, LLC mmenkowitz@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              Michael G. Menkowitz    on behalf of Defendant    CEBV, LLC mmenkowitz@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              Rebecca K. McDowell    on behalf of Creditor Thomas J. Welsh, Jr. rmcdowell@slgcollect.com
              Sari Blair Placona    on behalf of Debtor Rosa Maria Styles splacona@msbnj.com
              Scott E. Kaplan    on behalf of Attorney Scott E Kaplan scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com
              Scott E. Kaplan    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecf@powerskirn.com
                                                                                            TOTAL: 13
```