| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III, Esq. (asodono@msbnj.com)<br>Sari B. Placona, Esq. (splacona@msbnj.com)<br>*Attorneys for Debtor, Rosa Maria Styles* | |
| In re:<br><br>ROSA MARIA STYLES,<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA) |

## CERTIFICATION OF SERVICE

1. I, Stacy Lipstein am a Legal Assistant employed by McManimon, Scotland & Baumann, LLC, attorneys to Debtor, Rosa Maria Styles in this matter.

2. On September 8, 2020, I sent a copy of the following documents to the parties listed in the chart below, as noted:

   a. Order and Notice on Disclosure Statement entered by the Andrew B. Altenburg, Jr., U.S.B.J., on September 4, 2020

   b. Debtor's Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code Describing Chapter 11 Plan of Reorganization by the Debtor-in-Possession; and

   c. Debtor's Chapter 11 Plan of Reorganization (Annexed to the Disclosure Statement as Exhibit "A").

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 10, 2020          */s/ Stacy Lipstein*
                                                                         Stacy Lipstein

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Jeffrey M. Sponder, Esq.<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | *U.S. Trustee's Office* | ☒ Via Regular Mail |
| Securities and Exchange Commission<br>NY Regional Office<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 | *Securities and Exchange Commission* | ☒ Via Regular Mail |
| Securities and Exchange Commission<br>Attention: General Counsel<br>100 F Street, NE<br>Washington, DC 20549 | *Securities and Exchange Commission* | ☒ Via Regular Mail |
| Securities and Exchange Commission<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | *Securities and Exchange Commission* | ☒ Via Regular Mail |
| Rosa Marie Styles<br>61 Hartford Road<br>Sewell, NJ 08080 | *Debtor* | ☒ Via Regular Mail |