| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III, Esq. (asodono@msbnj.com)<br>Sari B. Placona, Esq. (splacona@msbnj.com)<br>*Attorneys for Debtor, Rosa Maria Styles* | Order Filed on October 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ROSA MARIA STYLES,<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA) |

### ORDER GRANTING DEBTOR'S MOTION
### TO REINSTATE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 8, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtors: | Rosa Maria Styles |
| Case No.: | 19-32881 (ABA) |
| Caption of Order: | Order Granting Debtor's Motion to Reinstate Automatic Stay |

**THIS MATTER** having been opened to the Court by the debtor, Rosa Maria Styles (the "Debtor"), by and through her counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a motion seeking an order reinstating the automatic stay (the "Motion"); and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of Debtor, her estate, and her creditors; (iv) adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein

**IT IS HEREBY ORDERED** as follows:

The automatic stay as to Thomas J. Welsh, Jr., regarding the Avalon Property (as defined in the Motion and supporting pleadings) is hereby reinstated for seventy-five (75) days from entry of this Order unless extended by further order of the Court.