|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III, Esq. (asodono@msbnj.com)<br>Sari B. Placona, Esq. (splacona@msbnj.com)<br>*Attorneys for Debtor, Rosa Maria Styles* | Order Filed on October 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ROSA MARIA STYLES,<br><br>               Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA) |

**ORDER GRANTING DEBTOR'S MOTION**
**TO REINSTATE AUTOMATIC STAY**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 8, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtors: | Rosa Maria Styles |
| Case No.: | 19-32881 (ABA) |
| Caption of Order: | Order Granting Debtor's Motion to Reinstate Automatic Stay |

**THIS MATTER** having been opened to the Court by the debtor, Rosa Maria Styles (the "Debtor"), by and through her counsel, McManimon, Scotland & Baumann, LLC, upon the filling of a motion seeking an order reinstating the automatic stay (the "Motion"); and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of Debtor, her estate, and her creditors; (iv) adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein

**IT IS HEREBY ORDERED** as follows:

The automatic stay as to Thomas J. Welsh, Jr., regarding the Avalon Property (as defined in the Motion and supporting pleadings) is hereby reinstated for seventy-five (75) days from entry of this Order unless extended by further order of the Court.

4830-4848-9677, v. 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-32881-ABA

Rosa Maria Styles                                                                 Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                                Page 1 of 2
Date Rcvd: Oct 08, 2020                Form ID: pdf903                                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

**Recip ID           Recipient Name and Address**
db              +  Rosa Maria Styles, 61 Hartford Road, Sewell, NJ 08080-2040

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020                              Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name**                                **Email Address**

Anthony Sodono, III
                                        on behalf of Debtor Rosa Maria Styles asodono@msbnj.com

Denise E. Carlon
                                        on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason C Manfrey
                                        on behalf of Defendant CEBV  LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jason C Manfrey
                                        on behalf of Creditor CEBV  LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jeffrey M. Sponder
                                        on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Case 19-32881-ABA    Doc 143    Filed 10/10/20    Entered 10/11/20 00:36:36    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Michael G. Menkowitz
    on behalf of Defendant CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Michael G. Menkowitz
    on behalf of Creditor CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Thomas J. Welsh Jr. rmcdowell@slgcollect.com

Sari Blair Placona
    on behalf of Debtor Rosa Maria Styles splacona@msbnj.com

Scott E. Kaplan
    on behalf of Attorney Scott E Kaplan scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Scott E. Kaplan
    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecf@powerskirn.com

TOTAL: 13