| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III, Esq. (asodono@msbnj.com)<br>Sari B. Placona, Esq. (splacona@msbnj.com)<br>*Attorneys for Debtor, Rosa Maria Styles* | |
| In re:<br><br>ROSA MARIA STYLES,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA) |

## CERTIFICATION OF SERVICE

1. I, Stacy Lipstein am a Legal Assistant employed by McManimon, Scotland & Baumann, LLC, attorneys to Debtor, Rosa Maria Styles in this matter.

2. On October 28, 2020, I sent a copy of the following documents to the parties listed in the chart below, as noted:

    a. Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof, which was entered by the Andrew B. Altenburg, Jr., on October 27, 2020;

    b. Debtor's Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code Describing Chapter 11 Plan of Reorganization by the Debtor-in-Possession;

    c. Debtor's Chapter 11 Plan of Reorganization (Annexed to the Disclosure Statement as Exhibit "A"); and

    d. Ballot for Accepting or Rejecting Debtor's Chapter 11 Plan or Reorganization.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 28, 2020                    */s/ Stacy Lipstein*
                                                                Stacy Lipstein

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Jeffrey M. Sponder, Esq.<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | *U.S. Trustee's Office* | ☒ Via Regular Mail |
| Gilbert R. Yabes, Esq.<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Ste. 200<br>PO Box 17933<br>San Diego, CA 92177-0933 | *Attorneys for Bayview Loan Servicing, LLC* | ☒ Via Regular Mail |
| Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Fl.<br>Philadelphia, PA 19103-3222 | *Attorneys for CEBV, LLC* | ☒ Via Regular Mail |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | *Attorneys for Synchrony Bank* | ☒ Via Regular Mail |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>800 N. Kings Highway, Ste. 300<br>Cherry Hill, NJ 08034 | *Attorneys for Thomas J. Welsh, Jr.* | ☒ Via Regular Mail |
| William M. E. Powers, III<br>Powers Kirn, LLC<br>728 Marne Highway, Ste. 200<br>Moorestown, NJ 08057 | *Attorneys for Bayview Loan Servicing, LLC* | ☒ Via Regular Mail |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108 | *Attorneys for Bayview Loan Servicing, LLC* | ☒ Via Regular Mail |
| Atlantic City Electric<br>5 Collins Drive Ste 2133<br>Mail Stop 84CP42<br>Carneys Point, NJ 08069 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Bank of America, N.A.<br>PO Box 15222<br>Wilmington, DE 19886 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Bank of America, N.A.<br>1800 Tapo Canyon Road<br>Simi Valley, CA 93063 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd, 5th Floor<br>Miami, FL 33146 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| BMW Financial Services<br>PO Box 78103<br>Phoenix, AZ 85062= | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |

| | | |
|---|---|---|
| Capital One Bank<br>4851 Cox Road<br>Glen Allen, VA  23060 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Capital One Bank (USA), N.A.<br>1680 Capital One Drive<br>McLean, VA  22102 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Capital One Bank (USA), N.A.<br>Hayt, Hayt & Landau, LLC<br>Two Industrial Way West<br>Eatontown, NJ  07724-0500 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| CEBV, LLC<br>280 Technology Park NW, Ste 100<br>Norcross, GA 30092 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables FL 33146 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Drinkwater & Goldstein, LLP<br>277 White Horse Pike, Suite 200<br>Atco, NJ 08004 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Higgins Landscaping<br>219 Crown Point Road<br>Thorofare, NJ 08086 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Jerry Schwartz<br>1 Twin Oaks Drive<br>Shamong, NJ 08088 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Kennedy Medical Group Practice<br>PO Box 95000<br>CL 4570<br>Philadelphia, PA  19195 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Knuckles, Komosinski & Elliott, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Penn Medicine<br>PO Box 824406<br>Philadelphia, PA  19182 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Pressler and Pressler, LLP<br>7 Entin Road<br>Parsippany, NJ  07054 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Robert Schwartz<br>61 Hartford Road<br>Sewell, NJ 08080-20240 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Secretary of Housing & Urban Development<br>451 7th SW<br>Washington, DC  20401 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |

| | | |
|---|---|---|
| Stefanie Malone-Zeitz, Esq.<br>Stern & Eisenberg, PC<br>1040 N. Kings Highway, Ste 407<br>Cherry Hill, NJ 08034 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Securities Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Tenaglia & Hunt<br>395 West Passaic St., Ste 205<br>Rochelle Park, NJ 07662 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| Thomas J. Walsh, Jr.<br>2589 Ocean Avenue<br>Avalon, NJ 08202 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |
| US Dept of Housing and Urban Development<br>Office of General Counsel<br>26 Federal Plaza, Room 3500<br>New York, NY 10278-0068 | *Creditor/Party-in-Interest* | ☒ Via Regular Mail |