**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
Telephone: (973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for the Debtor, Rosa Maria Styles*

| | |
|---|---|
| In re:<br><br>ROSA MARIA STYLES,<br><br>        Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA) |

## ADJOURNMENT REQUEST

1. I, Sari B. Placona,

    ☒ am the attorney for the Debtor, Rosa Maria Styles in the above-referenced case and request an adjournment of the following hearing for the reason set forth below.

    **Matter:**  Confirmation Hearing

    Current hearing date and time:  December 10, 2020 at 10:00 a.m.

    New date requested:  January 14, 2021 at 10:00 a.m.

    Reasons for adjournment request:  We are submitting this adjournment request as the Debtor is in the process of paying off judgment liens and taxes against the property at issue and requires an additional thirty (30) days.

2. Consent to adjournment:

    ☒ I have the consent of the Office of the United States Trustee, however, counsel for Mr. Thomas Welsh, does not consent.

    ☐ I do not have the consent of all (explain below):

I hereby certify under peanlty of perjury that the foregoing is true.

Date: December 3, 2020                   /s/ *Sari B. Placona*
                                          Sari B. Placona

**COURT USE ONLY**

_____

The request for adjournment is:

☒ Granted        New hearing date: 1/14/21 at 10 am        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied


**IMPORTANT:**    **If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4825-1586-4787, v. 1