Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−32881−ABA
                Chapter: 11
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosa Maria Styles
   61 Hartford Road
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−9922

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     1/28/21
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
McManimon Scotland & Baumann, LLC, Debtor's Attorney

COMMISSION OR FEES
Fees: $12,863.00

EXPENSES
$1,308.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

     ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 10, 2020
JAN:

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32881-ABA |
| Rosa Maria Styles | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 10, 2020 | Form ID: 137 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa Maria Styles, 61 Hartford Road, Sewell, NJ 08080-2040 |
| aty | + | Scott E Kaplan, 5 S. Main Street, Allentown, Ne 08501, US 08501-1686 |
| acc | + | Anthony Nini, Anthony D. Nini, CPA, 1075 Easton Avenue, Suite 178, Somerset, NJ 08873-1648 |
| r | + | Robert J. Scully, Jr., Ferguson Dechert Real Estate, Inc., 2789 Dunes Drive, Avalon, NJ 08202-1984 |
| cr | + | Thomas J. Welsh, Jr., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518634639 | ++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306 address filed with court:, BMW Financial Services, PO Box 78103, Phoenix, AZ 85062 |
| 518609211 | #+ | Bank of America, N.A., 1800 Tapo Canyon Road, Simi Valley, CA 93063-6712 |
| 518634635 | + | Bank of America, NA, PO Box 15222, Wilmington, DE 19850-5222 |
| 518609215 | + | CEBV, LLC, 280 Technology Park NW, Suite 100, Norcross, GA 30092-2990 |
| 518613492 | + | CEBV, LLC, Attn: Michael G. Menkowitz, Esq., Fox Rothschild LLP, 2000 Market Street - Twentieth Floor, Philadelphia, PA 19103-3294 |
| 518609214 | + | Capital One Bank (USA), N.A., c/o Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2265 |
| 518988543 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518988544 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor Coral Gables FL 33146-1873 |
| 518609227 | + | Drinkwater & Goldstein, LLP, 277 White Horse Pike, Suite 200, Atco, NJ 08004-2275 |
| 518609210 | + | Fox Rothschild LLP, 1301 Atlantic Avenue, Midtown Building, Suite 400, Atlantic City, NJ 08401-7227 |
| 518634637 | | Hayt, Hayt & Landau, LLC, Two Hundred Way West, Eatontown,NJ 07724 |
| 518609225 | + | Higgins Landscaping, 219 Crown Point Rd, West Deptford, NJ 08086-2113 |
| 518609216 | + | Jerry Schwartz, 1 Twin Oaks Drive, Shamong, NJ 08088-8553 |
| 518609217 | | Kennedy Medical Group Practice, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 518609218 | + | Knuckles, Komosinski & Elliott, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |
| 518609219 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518609220 | | Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518808483 | + | ROBERT SCHWARTZ, 61 HARTFORD ROAD, SEWELL, NJ 08080-2040 |
| 518609221 | + | Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 518609223 | + | Stefanie Malone-Zeitz, Esquire, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 518891115 | + | Tenaglia & Hunt, 395 West Passaic St., Ste 205, Rochelle Park, NJ 07662-3016 |
| 518609224 | + | Thomas J. Walsh, Jr., 2589 Ocean Avenue, Avalon, NJ 08202-1964 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2020 22:22:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518656294 | + | Email/Text: bankruptcy@pepcoholdings.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: 137 | Total Noticed: 38 |

|  |  |  | Dec 10 2020 22:22:00 | Atlantic City Electric, 5 Collins Drive Ste 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
|---|---|---|---|---|
| 518609212 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 10 2020 22:24:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Miami, FL 33146-1873 |
| 518719358 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 10 2020 22:24:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518609213 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 10 2020 23:46:08 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 518634636 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 10 2020 23:50:09 | Capital One Bank (USA) NA, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 518609222 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 10 2020 23:46:03 | Secretary of Housing & Urban Development, 451 7th S.W., Washington, DC 20410-0002 |
| 518611437 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 10 2020 23:50:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518609226 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Trustee, 1 Newark Center, Newark, NJ 07102-5277 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518891116 |  | Deerfeild Associates |
| 518623297 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Debtor Rosa Maria Styles asodono@msbnj.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 10, 2020 | Form ID: 137 | Total Noticed: 38 |

Jason C Manfrey
    on behalf of Defendant CEBV  LLC jmanfrey@foxrothschild.com,
    jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jason C Manfrey
    on behalf of Creditor CEBV  LLC jmanfrey@foxrothschild.com,
    jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Michael G. Menkowitz
    on behalf of Creditor CEBV  LLC mmenkowitz@foxrothschild.com,
    brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Michael G. Menkowitz
    on behalf of Defendant CEBV  LLC mmenkowitz@foxrothschild.com,
    brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Thomas J. Welsh  Jr. rmcdowell@slgcollect.com

Sari Blair Placona
    on behalf of Debtor Rosa Maria Styles splacona@msbnj.com

Scott E. Kaplan
    on behalf of Attorney Scott E Kaplan scott@sekaplanlaw.com
    felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Scott E. Kaplan
    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com
    felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecf@powerskirn.com


TOTAL: 14