| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, New Jersey 07068<br>Telephone: (973) 622-1800<br>Anthony Sodono, III, Esq. (asodono@msbnj.com)<br>Sari B. Placona, Esq. (splacona@msbnj.com)<br>*Attorneys for the Debtor, Rosa Maria Styles* |

| | |
|---|---|
| In re:<br><br>ROSA MARIA STYLES,<br><br>        Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA) |

## ADJOURNMENT REQUEST

1. I, Sari B. Placona,

    ☒ am the attorney for the Debtor, Rosa Maria Styles in the above-referenced case and request an adjournment of the following hearing for the reason set forth below.

    **Matter:**   Confirmation Hearing

    Current hearing date and time:    January 14, 2021 at 10:00 a.m.

    New date requested:    March 11, 2021 at 10:00 a.m.

    Reasons for adjournment request:  We are submitting this adjournment request as the the Debtor's brother-in-law (Mr. Schwartz's brother) suffered a horrific tragedy right after the Christmas holiday (the family home located in Shamong was destroyed in a fire ) and the Debtor / her husband have been pre-occupied helping the family with five (5) children financially and spending much time with Mr. Schwartz brother and the children.  The Debtor requires an approximate additional forty-five (45) days.

2. Consent to adjournment:

    ☒ I have the consent of the Office of the United States Trustee and counsel for Mr. Thomas Welsh.  Mr. Welsh only consents to 30 days but the Debtor seeks 45 days.
    ☐ I do not have the consent of all (explain below):

    I hereby certify under peanlty of perjury that the foregoing is true.

Date: <u>January 12, 2021</u>    <u>/s/ *Sari B. Placona*            </u>
Sari B. Placona

**COURT USE ONLY**

_____

The request for adjournment is:

[x] Granted           New hearing date: 2/25/21 at 10          [x] Peremptory

[ ] Granted over objection(s)   New hearing date: _____   [ ] Peremptory

[ ] Denied

**IMPORTANT:**     **If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4852-3358-0758, v. 1