**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**McMANIMON, SCOTLAND**
 **& BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
Telephone: (973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for the Debtor, Rosa Maria Styles*

Order Filed on January 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ROSA MARIA STYLES,

            Debtor.

Chapter 11

Case No. 19-32881 (ABA)

Hearing Date and Time:
January 28, 2021 at 2:00 p.m.

## ORDER GRANTING FIRST INTERIM ALLOWANCES TO
## McMANIMON, SCOTLAND & BAUMANN, LLC AS COUNSEL FOR DEBTOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 28, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor:             Rosa Maria Styles

Case No.:           19-32881 (ABA)

Caption of Order:   Order Granting First Interim Allowances to McManimon, Scotland & Baumann, LLC, Counsel for Debtor

---

**AND NOW**, the Court finds the firm named below filed a first interim application for allowances; notice and opportunity for hearing were given to the Debtor, creditors, and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McManimon, Scotland & Baumann, LLC<br>*Attorneys for Rosa Maria Styles* | $12,863.00 | 1308.00 |

**IT IS FURTHER ORDERED** the Debtor is hereby authorized and directed to pay the allowed fees to McManimon, Scotland & Baumann, LLC.