**MS&B**  McMANIMON • SCOTLAND • BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

**Anthony Sodono, III**
Writer's Direct Dial: (973) 721-5038
Writer's Direct Fax: (973) 681-7233
asodono@msbnj.com

Client No. 82090.001

February 24, 2021

**VIA ECF**
Honorable Andrew B. Altenburg, Jr., U.S.B.J.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Courtroom 4B
Camden, New Jersey 08101

    Re:    **Rosa Maria Styles**
              **Chapter 11 Case No. 19-32881 (ABA)**

Dear Judge Altenburg:

    This letter shall confirm that the hearing on the Debtor's First Amended Chapter 11 Plan has been adjourned from February 25, 2021 to **March 11, 2021 at 10:00 a.m.**

    Thank you for the Court's consideration of this matter.

    Respectfully,

    /s/ Anthony Sodono

    Anthony Sodono, III

AS/sll

cc: Jeffrey M. Sponder, Esq. (via email: jeffrey.m.sponder@usdoj.gov)
    Rebecca K. McDowell, Esq. (via email: rmcdowell@slgcollect.com)
    Michael G. Menkowitz, Esq. (via email: mmenkowitz@foxrothschild.com)