| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III, Esq. (asodono@msbnj.com)<br>Sari B. Placona, Esq. (splacona@msbnj.com)<br>*Attorneys for Debtor, Rosa Maria Styles* |

| | |
|---|---|
| In re: | Chapter 11 |
| ROSA MARIA STYLES, | Case No. 19-32881 (ABA) |
| Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Stacy Lipstein am a Legal Assistant employed by McManimon, Scotland & Baumann, LLC, attorneys to Debtor, Rosa Maria Styles in this matter.

2. On February 24, 2021, a letter advising of the adjournment date regarding the confirmation hearing was filed via ECF (the "Adjournment Letter") [Doc. No. 169].

3. On February 24, 2021, I sent a copy of the Adjournment Letter to the parties listed in the chart below.

4. I hereby certify under penalty of perjury that the Adjournment Letter was sent using the mode of service indicated.

Dated: February 24, 2021            */s/ Stacy Lipstein*
                                                    Stacy Lipstein

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Jeffrey M. Sponder, Esq.<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | *U.S. Trustee's Office* | ☒ Via Email<br>jeffrey.m.sponder@usdoj.gov |
| Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Fl.<br>Philadelphia, PA 19103-3222 | *Attorneys for CEBV, LLC* | ☒ Via Email<br>mmenkowitz@foxrothschild.com |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>800 N. Kings Highway, Ste. 300<br>Cherry Hill, NJ 08034 | *Attorneys for Thomas J. Welsh, Jr.* | ☒ Via Email<br>rmcdowell@slgcollect.com |