Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−32881−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosa Maria Styles
   61 Hartford Road
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−9922

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 25, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 171 − 160
Order Granting Final Application For Compensation for Anthony Nini, CPA as Accountant to the Debtor, fees awarded: $3766.63, expenses awarded: $7.00 (Related Doc # 160). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/25/2021. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 25, 2021
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 19-32881-ABA

Rosa Maria Styles                                                                                 Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 25, 2021 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

**Recip ID**      **Recipient Name and Address**
acc      + Anthony Nini, Anthony D. Nini, CPA, 1075 Easton Avenue, Suite 178, Somerset, NJ 08873-1648

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Anthony Sodono, III
     on behalf of Debtor Rosa Maria Styles asodono@msbnj.com

Anthony Sodono, III
     on behalf of Accountant Anthony Nini asodono@msbnj.com

Anthony Sodono, III
     on behalf of Attorney McManimon Scotland & Baumann  LLC asodono@msbnj.com

Denise E. Carlon
     on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: orderntc | Total Noticed: 1 |

Jason C Manfrey
    on behalf of Defendant CEBV LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jason C Manfrey
    on behalf of Creditor CEBV LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Michael G. Menkowitz
    on behalf of Defendant CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Michael G. Menkowitz
    on behalf of Creditor CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Thomas J. Welsh Jr. rmcdowell@slgcollect.com

Sari Blair Placona
    on behalf of Debtor Rosa Maria Styles splacona@msbnj.com

Scott E. Kaplan
    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Scott E. Kaplan
    on behalf of Attorney Scott E Kaplan scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecf@powerskirn.com

TOTAL: 16