**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**Anthony D. Nini, CPA**
1075 Eason Avenue, Suite 178
Somerset, New Jersey 08873
Phone: (732) 509-6901
Fax: (732) 659-6693
Email: anthonyninicpa@gmail.com
*Accountant for the Debtor*

Order Filed on February 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ROSA MARIA STYLES,

         Debtor.

Chapter 11

Case No. 19-32881 (ABA)

## ORDER GRANTING FINAL ALLOWANCES TO ANTHONY D. NINI, CPA AS ACCOUNTANTS FOR DEBTOR FOR THE PERIOD FROM APRIL 28, 2020 THROUGH DECEMBER 20, 2020

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 25, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**AND NOW**, the Court finds the firm named below filed a final application for allowances;

notice and opportunity for hearing were given to the Debtor, creditors, and other parties in interest

as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | FEES | EXPENSES |
|---|---|---|
| Anthony D. Nini, CPA *Accountants for the Debtor, Bagels N' Cream, LLC* | $3,766.63 | $7.00 |

**IT IS FURTHER ORDERED** the Debtor is hereby authorized and directed to pay the

allowed fees and expenses to Antony D. Nini, CPA.

4850-1605-2952, v. 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 19-32881-ABA

Rosa Maria Styles                                                                   Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                              Page 1 of 2

Date Rcvd: Feb 25, 2021                       Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

**Recip ID              Recipient Name and Address**
db                  +  Rosa Maria Styles, 61 Hartford Road, Sewell, NJ 08080-2040

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

**Name**                           **Email Address**

Anthony Sodono, III
                          on behalf of Debtor Rosa Maria Styles asodono@msbnj.com

Anthony Sodono, III
                          on behalf of Accountant Anthony Nini asodono@msbnj.com

Anthony Sodono, III
                          on behalf of Attorney McManimon Scotland & Baumann  LLC asodono@msbnj.com

Denise E. Carlon
                          on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                          on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-1                                User: admin                                            Page 2 of 2
Date Rcvd: Feb 25, 2021                          Form ID: pdf903                                  Total Noticed: 1

Jason C Manfrey
           on behalf of Defendant CEBV  LLC jmanfrey@foxrothschild.com,
           jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jason C Manfrey
           on behalf of Creditor CEBV  LLC jmanfrey@foxrothschild.com,
           jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jeffrey M. Sponder
           on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Michael G. Menkowitz
           on behalf of Defendant CEBV  LLC mmenkowitz@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Michael G. Menkowitz
           on behalf of Creditor CEBV  LLC mmenkowitz@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Rebecca K. McDowell
           on behalf of Creditor Thomas J. Welsh  Jr. rmcdowell@slgcollect.com

Sari Blair Placona
           on behalf of Debtor Rosa Maria Styles splacona@msbnj.com

Scott E. Kaplan
           on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com
           felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Scott E. Kaplan
           on behalf of Attorney Scott E Kaplan scott@sekaplanlaw.com
           felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

U.S. Trustee
           USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
           on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecf@powerskirn.com

TOTAL: 16