**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Debtor, Rosa Maria Styles*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ROSA MARIA STYLES,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA)<br><br>**Confirmation Hearing Date and Time:**<br>**March 11, 2021 at 1:00 p.m.** |

**CERTIFICATION OF BALLOTS REGARDING DEBTOR'S
<u>FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION</u>**

I, Sari B. Placona, of full age, hereby certify to the Court as follows:

1.    I am an attorney-at-law of the State of New Jersey and a partner with the law firm of McManimon, Scotland & Baumann, LLC ("MSB"), counsel for Rosa Maria Styles, the debtor and debtor-in-possession (the "Debtor").

2.    The Debtor's First Amended Chapter 11 Plan of Reorganization ("Amended Plan or "Plan") filed February 23, 2021, contains four classes of creditors: all creditors in each class will be paid in full; accordingly, pursuant to 11 U.S.C. §1126(f), such creditors are "conclusively presumed to have accepted the plan."

3.    Ballots to accept or reject the Plan were due to my attention at MSB's office by December 3, 2020.  As of that date, my office received 1 ballot, as set forth in detail herein.

4.    I examined the Plan ballot that I received.  Based upon that ballot, Class 2 has accepted the Debtor's Plan in accordance with 11 U.S.C. § 1126(c).  Moreover, as set forth in ¶2

above, all classes of creditors are deemed to have accepted the Amended Plan.  Specifically, at least two-thirds in dollar amount and more than one-half in number of the allowed claims in Class 2 have accepted the Plan.

5. The following charts reflect the votes cast on the Debtor's Plan:

|  | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| CLASS 1 | N | 0 | 1[1] | 0 | 100% | $2,410,918.77[2] | $0.00 | 100% | Yes |
| CLASS 2 | N | 1 | 1 | 0 | 100% | $450,000.00[3] | $0.00 | 100% | Yes |
| CLASS 3 | N | 0 | 1[4] | 0 | 100% | $187,900 | $0.00 | 100% | Yes |
| CLASS 4 | N | 0 | See FN[5] | 0 | 100% | $15,068.79 | $0.00 | 100% | Yes |

**WHEREFORE,** pursuant to 11 U.S.C. § 1129, the requisite creditor approvals have been obtained for confirmation of the Debtor's Plan.

I, Sari B. Placona, the attorney for Rosa Maria Styles, the chapter 11 Debtor, certify under penalty of perjury that the above is true.

                                                    */s/ Sari B. Placona*
                                                    Sari B. Placona

Dated:  March 9, 2021

---

[1] As noted in ¶2, Class 1 is deemed to have accepted the Amended Plan.
[2] Amount due as of December 10, 2020.
[3] Pursuant to Stipulation and Consent Order Resolving CEBV, LLC's Claim and Rosa Maria Styles' Adversary Proceeding (Doc. 92).
[4] As noted in ¶2, Class 3 is deemed to have accepted the Amended Plan.
[5] As noted in ¶2, Class 4 is deemed to have accepted the Amended Plan.

4825-1816-7519, v. 1