| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Attorneys for the Debtor and Debtor-in-Possession Rosa Maria Styles* | Order Filed on March 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ROSA MARIA STYLES,<br><br>               Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA)<br><br>**Hearing Date and Time:**<br>**March 16, 2021 at 10:00 a.m.** |

### ORDER GRANTING DEBTOR'S OBJECTION TO DEPARTMENT OF ATLANTIC CITY ELECTRIC COMPANY'S CLAIM PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007(d)

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 16, 2021**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the *Debtor's Objection to Atlantic City Electric Company's Claim Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007(d)* (the "Objection"), through her counsel, McManimon, Scotland & Baumann, LLC, and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Objection is in the best interests of Debtor's estate and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is **GRANTED** as set forth herein.

2. The Atlantic City Electric Company's claim identified on **Exhibit A** annexed hereto (the "Disputed Claim"), which is inconsistent with Debtor's books and records, is hereby expunged. The Clerk of the Court is authorized and directed to permanently expunge the Disputed Claim from the claims register.

3. Atlantic City Electric Company shall not seek to further amend or assert any additional proofs of claim in this matter.

4. Nothing in this Objection shall be deemed to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Debtor with respect to the claims affected hereby or any remaining or surviving claims.

4850-2925-7947, v. 1

# Exhibit A

| Claimant | Claim # | Amount |
|---|---|---|
| Atlantic City Electric Company | 2-1 | $4,486.18 |