| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Attorneys for the Debtor and Debtor-in-Possession*<br>*Rosa Maria Styles* | Order Filed on March 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ROSA MARIA STYLES,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA)<br><br>**Hearing Date and Time:**<br>**March 16, 2021 at 10:00 a.m.** |

**ORDER GRANTING DEBTOR'S OBJECTION TO DEPARTMENT**
**OF ATLANTIC CITY ELECTRIC COMPANY'S CLAIM**
<u>**PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007(d)**</u>

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: March 16, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the *Debtor's Objection to Atlantic City Electric Company's Claim Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007(d)* (the "Objection"), through her counsel, McManimon, Scotland & Baumann, LLC, and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Objection is in the best interests of Debtor's estate and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is **GRANTED** as set forth herein.

2. The Atlantic City Electric Company's claim identified on **Exhibit A** annexed hereto (the "Disputed Claim"), which is inconsistent with Debtor's books and records, is hereby expunged. The Clerk of the Court is authorized and directed to permanently expunge the Disputed Claim from the claims register.

3. Atlantic City Electric Company shall not seek to further amend or assert any additional proofs of claim in this matter.

4. Nothing in this Objection shall be deemed to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Debtor with respect to the claims affected hereby or any remaining or surviving claims.

4850-2925-7947, v. 1

# Exhibit A

| Claimant | Claim # | Amount |
|---|---|---|
| Atlantic City Electric Company | 2-1 | $4,486.18 |

4850-2925-7947, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32881-ABA |
| Rosa Maria Styles | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

**Recip ID        Recipient Name and Address**
db            + Rosa Maria Styles, 61 Hartford Road, Sewell, NJ 08080-2040

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Anthony Sodono, III
                        on behalf of Debtor Rosa Maria Styles asodono@msbnj.com

Anthony Sodono, III
                        on behalf of Accountant Anthony Nini asodono@msbnj.com

Anthony Sodono, III
                        on behalf of Attorney McManimon Scotland & Baumann  LLC asodono@msbnj.com

Denise E. Carlon
                        on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                        on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Case 19-32881-ABA    Doc 180    Filed 03/18/21    Entered 03/19/21 00:18:17    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Jason C Manfrey
    on behalf of Defendant CEBV LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jason C Manfrey
    on behalf of Creditor CEBV LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Michael G. Menkowitz
    on behalf of Defendant CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Michael G. Menkowitz
    on behalf of Creditor CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Thomas J. Welsh Jr. rmcdowell@slgcollect.com

Sari Blair Placona
    on behalf of Debtor Rosa Maria Styles splacona@msbnj.com

Scott E. Kaplan
    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Scott E. Kaplan
    on behalf of Attorney Scott E Kaplan scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecf@powerskirn.com

TOTAL: 16