UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re ROSA MARIA STYLES

Case No. _____ 19-32881 ABA
Reporting Period FEBRUARY 2021

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

[X] PLAN CONFIRMED

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Rosa Maria Styles
Signature of Debtor

March 29, 2021
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re __ROSA MARIA STYLES__
Debtor

Case No. __19-32881 ABA__
Reporting Period FEBRUARY 2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS ||||  CURRENT MONTH || CUMULATIVE FILING TO DATE ||
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | PLEASE SEE ATTACHED QUICKBOOKS REGISTER AND BANK STATEMENTS ||||||| |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | PLAN CONFIRMED | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
| --- | --- |
| TOTAL DISBURSEMENTS | $ 1,961.54 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 1,961.54 |

FORM MOR-1
(04/07)

# ROSA MARIA STYLES   19-32881 ABA
## Deposit Detail
### February 6 through March 5, 2021

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Deposit | | 02/17/2021 | | TD BANK 26202 | 2,000.00 |
| | | | | Spousal Contribution | -2,000.00 |
| TOTAL | | | | | -2,000.00 |
| Deposit | | 02/23/2021 | | TD BANK 26202 | 9.89 |
| | | | | Medical | -9.89 |
| TOTAL | | | | | -9.89 |
| Deposit | | 02/24/2021 | SOCIAL SECURITY | TD BANK 26202 | 1,253.00 |
| | | | | Retirement Income | -1,253.00 |
| TOTAL | | | | | -1,253.00 |
| Deposit | | 03/01/2021 | OWENS-ILLINOIS ... | TD BANK 26202 | 802.30 |
| | | | | Retirement Income | -802.30 |
| TOTAL | | | | | -802.30 |
| Deposit | | 03/01/2021 | SP SKIMS | TD BANK 26202 | 124.00 |
| | | | | Clothing | -124.00 |
| TOTAL | | | | | -124.00 |

Page 1

**ROSA MARIA STYLES   19-32881 ABA**
**Check Detail**
February 6 through March 5, 2021

| Type | Date | Num | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | 02/08/2021 | | RUE LALA | | TD BANK 26202 | | -42.63 |
| | | | | Clothing | | -42.63 | 42.63 |
| TOTAL | | | | | | -42.63 | 42.63 |
| Check | 02/10/2021 | | CVS | | TD BANK 26202 | | -5.33 |
| | | | | Medical | | -5.33 | 5.33 |
| TOTAL | | | | | | -5.33 | 5.33 |
| Check | 02/11/2021 | | SP SKIMS | | TD BANK 26202 | | -130.00 |
| | | | | Clothing | | -130.00 | 130.00 |
| TOTAL | | | | | | -130.00 | 130.00 |
| Check | 02/12/2021 | | AETNA | | TD BANK 26202 | | -142.69 |
| | | | | Health Insurance | | -142.69 | 142.69 |
| TOTAL | | | | | | -142.69 | 142.69 |
| Check | 02/12/2021 | | BEACHWAVER | | TD BANK 26202 | | -110.04 |
| | | | | Personal care produ… | | -110.04 | 110.04 |
| TOTAL | | | | | | -110.04 | 110.04 |
| Check | 02/18/2021 | | CVS | | TD BANK 26202 | | -62.21 |
| | | | | Medical | | -62.21 | 62.21 |
| TOTAL | | | | | | -62.21 | 62.21 |
| Check | 02/18/2021 | | ARBYS | | TD BANK 26202 | | -4.68 |
| | | | | Food and housekee… | | -4.68 | 4.68 |
| TOTAL | | | | | | -4.68 | 4.68 |
| Check | 02/18/2021 | | GRC PERRICONEM | | TD BANK 26202 | | -89.24 |

Page 1

Page 2

## ROSA MARIA STYLES   19-32881 ABA
### Check Detail
February 6 through March 5, 2021

| Type | Date | Num | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | 02/18/2021 | | WILLIAM FRANCK... | | Personal care produ... | -89.24 | **89.24** |
| TOTAL | | | | | | -89.24 | 89.24 |
| Check | 02/19/2021 | | MED BILLING | | TD BANK 26202 Medical | -50.00 | **-50.00** |
| TOTAL | | | | | | -50.00 | 50.00 |
| Check | 02/22/2021 | | TJ MAXX | | TD BANK 26202 Medical | -9.89 | **-9.89** |
| TOTAL | | | | | | -9.89 | 9.89 |
| Check | 02/23/2021 | | WALMART | | TD BANK 26202 Clothing | -72.82 | **-72.82** |
| TOTAL | | | | | | -72.82 | 72.82 |
| Check | 02/24/2021 | | HOMEGOODS | | TD BANK 26202 Personal | -148.61 | **-148.61** |
| TOTAL | | | | | | -148.61 | 148.61 |
| Check | 02/24/2021 | | WALMART | | TD BANK 26202 Personal | -225.65 | **-225.65** |
| TOTAL | | | | | | -225.65 | 225.65 |
| Check | 03/01/2021 | | LULULEMON AVAL... | | TD BANK 26202 Personal | -29.53 | **-29.53** |
| TOTAL | | | | | | -29.53 | 29.53 |
| Check | | | | | TD BANK 26202 | | **-200.00** |

**ROSA MARIA STYLES   19-32881 ABA**
**Check Detail**
February 6 through March 5, 2021

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Food and housekee... | -200.00 | 200.00 |
| TOTAL | | | | | | -200.00 | 200.00 |
| Check | | 03/01/2021 | TJ MAXX | | TD BANK 26202 | | **-134.67** |
| | | | | Clothing | | -134.67 | 134.67 |
| TOTAL | | | | | | -134.67 | 134.67 |
| Check | | 03/01/2021 | WF WAYFAIR | | TD BANK 26202 | | **-99.15** |
| | | | | Personal | | -99.15 | 99.15 |
| TOTAL | | | | | | -99.15 | 99.15 |
| Check | | 03/01/2021 | FERNANDES BANE... | | TD BANK 26202 | | **-35.75** |
| | | | | Medical | | -35.75 | 35.75 |
| TOTAL | | | | | | -35.75 | 35.75 |
| Check | | 03/01/2021 | ACME | | TD BANK 26202 | | **-93.13** |
| | | | | Food and housekee... | | -93.13 | 93.13 |
| TOTAL | | | | | | -93.13 | 93.13 |
| Check | | 03/01/2021 | ACME | | TD BANK 26202 | | **-14.93** |
| | | | | Food and housekee... | | -14.93 | 14.93 |
| TOTAL | | | | | | -14.93 | 14.93 |
| Check | | 03/03/2021 | ACME | | TD BANK 26202 | | **-209.72** |
| | | | | Food and housekee... | | -209.72 | 209.72 |
| TOTAL | | | | | | -209.72 | 209.72 |
| Check | | 03/03/2021 | FUSION SALON | | TD BANK 26202 | | **-26.14** |
| | | | | Personal care produ... | | -26.14 | 26.14 |

Page 4

## ROSA MARIA STYLES   19-32881 ABA
### Check Detail
#### February 6 through March 5, 2021

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | -26.14 | 26.14 |
| Check | | 03/04/2021 | ACME | | TD BANK 26202 | | -67.81 |
| | | | | Food and housekee... | | -67.81 | 67.81 |
| TOTAL | | | | | | -67.81 | 67.81 |
| Check | | 03/05/2021 | WALMART | | TD BANK 26202 | | -61.84 |
| | | | | Personal | | -61.84 | 61.84 |
| TOTAL | | | | | | -61.84 | 61.84 |
| Check | | 03/05/2021 | ULTA | | TD BANK 26202 | | -28.97 |
| | | | | Personal | | -28.97 | 28.97 |
| TOTAL | | | | | | -28.97 | 28.97 |

In re __ROSA MARIA STYLES__
Debtor

Case No. 19-32881 ABA
Reporting Period FEBRUARY 2021

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | **PLEASE SEE ATTACHED QUICKBOOKS WORK** | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | **PLAN CONFIRMED** | | | | | | |
| balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| OTHER | | | | | | | | |

FORM MOR-1a
(04/07)

Case 19-32881-ABA    Doc 184    Filed 03/29/21    Entered 03/29/21 14:40:06    Desc Main
Document    Page 9 of 20

# ROSA MARIA STYLES    19-32881 ABA
## Reconciliation Detail
### TD BANK 26202, Period Ending 02/28/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 5,256.93 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 89 items** | | | | | | |
| Check | 11/12/2020 | DEB | AETNA | X | -134.61 | -134.61 |
| Check | 11/12/2020 | DEB | NJ EXPASS | X | -25.00 | -159.61 |
| Check | 11/12/2020 | DEB | CVS | X | -5.33 | -164.94 |
| Check | 11/13/2020 | 99 | CASH | X | -800.00 | -964.94 |
| Check | 11/13/2020 | DEB | CVS | X | -26.98 | -991.92 |
| Check | 11/16/2020 | DEB | ACME | X | -80.09 | -1,072.01 |
| Check | 11/17/2020 | DEB | ATM | X | -1,700.00 | -2,772.01 |
| Check | 11/17/2020 | DEB | THE PREPPY PALM | X | -111.00 | -2,883.01 |
| Check | 11/17/2020 | DEB | ACME | X | -36.24 | -2,919.25 |
| Check | 11/18/2020 | DEB | CVS | X | -141.13 | -3,060.38 |
| Check | 11/19/2020 | DEB | WALMART | X | -260.65 | -3,321.03 |
| Check | 11/20/2020 | DEB | SHOPRITE | X | -141.66 | -3,462.69 |
| Check | 11/20/2020 | DEB | EZPASS | X | -25.00 | -3,487.69 |
| Check | 11/23/2020 | DEB | SHOPRITE | X | -42.07 | -3,529.76 |
| Check | 11/24/2020 | DEB | TARGET | X | -13.85 | -3,543.61 |
| Check | 11/25/2020 | DEB | EZPASS | X | -25.00 | -3,568.61 |
| Check | 11/30/2020 | DEB | TJ MAXX | X | -117.21 | -3,685.82 |
| Check | 12/01/2020 | DEB | SP PEPPERS | X | -35.00 | -3,720.82 |
| Check | 12/02/2020 | DEB | VENMO | X | -860.00 | -4,580.82 |
| Check | 12/02/2020 | DEB | WALMART | X | -197.84 | -4,778.66 |
| Check | 12/02/2020 | DEB | MARSHALLS | X | -94.82 | -4,873.48 |
| Check | 12/03/2020 | DEB | HOMEGOODS | X | -91.46 | -4,964.94 |
| Check | 12/03/2020 | DEB | ACME | X | -66.06 | -5,031.00 |
| Check | 12/04/2020 | DEB | WALGREENS | X | -40.57 | -5,071.57 |
| Check | 12/07/2020 | | WALMART | X | -204.29 | -5,275.86 |
| Check | 12/07/2020 | | ATM | X | -200.00 | -5,475.86 |
| Check | 12/07/2020 | | AETNA | X | -142.69 | -5,618.55 |
| Check | 12/07/2020 | | GOLDBELLY | X | -138.00 | -5,756.55 |
| Check | 12/07/2020 | | PAGODA | X | -106.61 | -5,863.16 |
| Check | 12/07/2020 | | BLT CAMERON S S... | X | -104.98 | -5,968.14 |
| Check | 12/07/2020 | | SHOPRITE | X | -36.24 | -6,004.38 |
| Check | 12/07/2020 | | ACME | X | -35.06 | -6,039.44 |
| Check | 12/07/2020 | | THRIVE CAUSEME... | X | -31.93 | -6,071.37 |
| Check | 12/07/2020 | | CVS | X | -5.33 | -6,076.70 |
| Check | 12/15/2020 | | EZPASS | X | -25.00 | -6,101.70 |
| Check | 12/22/2020 | | CVS | X | -26.64 | -6,128.34 |
| Check | 12/23/2020 | | ATM | X | -500.00 | -6,628.34 |
| Check | 12/23/2020 | | ATM | X | -400.00 | -7,028.34 |
| Check | 12/23/2020 | | ULTA | X | -152.47 | -7,180.81 |
| Check | 12/23/2020 | | OLD NAVY | X | -117.04 | -7,297.85 |
| Check | 12/23/2020 | | LULULEMON AVAL... | X | -66.00 | -7,363.85 |
| Check | 12/23/2020 | | MARSHALLS | X | -61.99 | -7,425.84 |
| Check | 12/23/2020 | | ACME | X | -41.16 | -7,467.00 |
| Check | 12/23/2020 | | WALMART | X | -37.93 | -7,504.93 |
| Check | 12/23/2020 | | EZPASS | X | -25.00 | -7,529.93 |
| Check | 12/23/2020 | | EZPASS | X | -25.00 | -7,554.93 |
| Check | 01/08/2021 | | WALMART | X | -209.13 | -7,764.06 |
| Check | 01/08/2021 | | SHOPRITE | X | -128.39 | -7,892.45 |
| Check | 01/08/2021 | | WOMANOCEAN | X | -84.23 | -7,976.68 |
| Check | 01/08/2021 | | OLD NAVY | X | -74.49 | -8,051.17 |
| Check | 01/08/2021 | | ACME | X | -72.23 | -8,123.40 |
| Check | 01/08/2021 | | WALMART | X | -59.98 | -8,183.38 |
| Check | 01/08/2021 | | MARSHALLS | X | -47.86 | -8,231.24 |
| Check | 01/08/2021 | | SWABLUE | X | -41.93 | -8,273.17 |
| Check | 01/08/2021 | | WALGREENS | X | -35.97 | -8,309.14 |
| Check | 01/08/2021 | | RH FREECJHILLS | X | -31.98 | -8,341.12 |
| Check | 01/08/2021 | | SHOPRITE | X | -20.75 | -8,361.87 |
| Check | 01/08/2021 | | CVS | X | -10.43 | -8,372.30 |
| Check | 01/08/2021 | | CVS | X | -5.33 | -8,377.63 |
| Check | 01/12/2021 | | | X | -201.00 | -8,578.63 |
| Check | 01/12/2021 | | AETNA | X | -142.69 | -8,721.32 |
| Check | 02/01/2021 | | THRIVE CAUSEME... | X | -31.93 | -8,753.25 |
| Check | 02/04/2021 | | CAPE REGIONAL | X | -198.00 | -8,951.25 |
| Check | 02/05/2021 | | TJ MAXX | X | -121.83 | -9,073.08 |
| Check | 02/08/2021 | | RUE LALA | X | -42.63 | -9,115.71 |

Page 1

# ROSA MARIA STYLES   19-32881 ABA
## Reconciliation Detail
### TD BANK 26202, Period Ending 02/28/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 02/10/2021 | | CVS | X | -5.33 | -9,121.04 |
| Check | 02/11/2021 | | SP SKIMS | X | -130.00 | -9,251.04 |
| Check | 02/12/2021 | | AETNA | X | -142.69 | -9,393.73 |
| Check | 02/12/2021 | | BEACHWAVER | X | -110.04 | -9,503.77 |
| Check | 02/18/2021 | | GRC PERRICONEM | X | -89.24 | -9,593.01 |
| Check | 02/18/2021 | | CVS | X | -62.21 | -9,655.22 |
| Check | 02/18/2021 | | WILLIAM FRANCKL... | X | -50.00 | -9,705.22 |
| Check | 02/18/2021 | | ARBYS | X | -4.68 | -9,709.90 |
| Check | 02/19/2021 | | MED BILLING | X | -9.89 | -9,719.79 |
| Check | 02/22/2021 | | TJ MAXX | X | -72.82 | -9,792.61 |
| Check | 02/23/2021 | | WALMART | X | -148.61 | -9,941.22 |
| Check | 02/24/2021 | | HOMEGOODS | X | -225.65 | -10,166.87 |
| Check | 02/24/2021 | | WALMART | X | -29.53 | -10,196.40 |
| Check | 03/01/2021 | | LULULEMON AVAL... | X | -200.00 | -10,396.40 |
| Check | 03/01/2021 | | TJ MAXX | X | -134.67 | -10,531.07 |
| Check | 03/01/2021 | | WF WAYFAIR | X | -99.15 | -10,630.22 |
| Check | 03/01/2021 | | ACME | X | -93.13 | -10,723.35 |
| Check | 03/01/2021 | | FERNANDES BANE... | X | -35.75 | -10,759.10 |
| Check | 03/01/2021 | | ACME | X | -14.93 | -10,774.03 |
| Check | 03/03/2021 | | ACME | X | -209.72 | -10,983.75 |
| Check | 03/03/2021 | | FUSION SALON | X | -26.14 | -11,009.89 |
| Check | 03/04/2021 | | ACME | X | -67.81 | -11,077.70 |
| Check | 03/05/2021 | | WALMART | X | -61.84 | -11,139.54 |
| Check | 03/05/2021 | | ULTA | X | -28.97 | -11,168.51 |
| **Total Checks and Payments** | | | | | **-11,168.51** | **-11,168.51** |
| **Deposits and Credits - 15 items** | | | | | | |
| Deposit | 11/12/2020 | DEP | SPOUSE | X | 2,000.00 | 2,000.00 |
| Deposit | 11/25/2020 | DEP | SOCIAL SECURITY | X | 1,239.00 | 3,239.00 |
| Deposit | 12/01/2020 | DEP | OWENS-ILLINOIS S... | X | 801.10 | 4,040.10 |
| Deposit | 12/23/2020 | | SOCIAL SECURITY | X | 1,239.00 | 5,279.10 |
| Deposit | 01/04/2021 | | IRS TREAS TAX REF | X | 600.00 | 5,879.10 |
| Deposit | 01/04/2021 | | OWENS-ILLINOIS S... | X | 801.10 | 6,680.20 |
| Deposit | 01/12/2021 | | | X | 5.00 | 6,685.20 |
| Deposit | 01/22/2021 | | | X | 3,000.00 | 9,685.20 |
| Deposit | 01/27/2021 | | SOCIAL SECURITY | X | 1,253.00 | 10,938.20 |
| Deposit | 02/01/2021 | | OWENS-ILLINOIS S... | X | 801.10 | 11,739.30 |
| Deposit | 02/17/2021 | | | X | 2,000.00 | 13,739.30 |
| Deposit | 02/23/2021 | | | X | 9.89 | 13,749.19 |
| Deposit | 02/24/2021 | | SOCIAL SECURITY | X | 1,253.00 | 15,002.19 |
| Deposit | 03/01/2021 | | SP SKIMS | X | 124.00 | 15,126.19 |
| Deposit | 03/01/2021 | | OWENS-ILLINOIS S... | X | 802.30 | 15,928.49 |
| **Total Deposits and Credits** | | | | | **15,928.49** | **15,928.49** |
| **Total Cleared Transactions** | | | | | **4,759.98** | **4,759.98** |
| Cleared Balance | | | | | 4,759.98 | 10,016.91 |
| Register Balance as of 02/28/2021 | | | | | 4,759.98 | 10,016.91 |
| **Ending Balance** | | | | | **4,759.98** | **10,016.91** |

In re ___ROSA MARIA STYLES___
     Debtor

Case No.___19-32881 ABA___
Reporting Period FEBRUARY 2021

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| See Petition, Statement of Affairs and Application for Retention - Scott Kaplan, Esq. | | | | | | | | | |
| See Docket RE: Application for Retention of McManimon | | | | | | | | | |
| Application for compensation - Attorney | | | | | | | | | |
| Application for compensation - Accountant | | | | | | | | | |
| PLAN CONFIRMED | | | | | | | | | |

# ROSA MARIA STYLES   19-32881 ABA
## Profit & Loss
### February 6 through March 5, 2021

|  | Feb 6 - Mar 5, 21 |
|---|---:|
| **Income** |  |
|   Retirement Income | 2,055.30 |
|   Spousal Contribution | 2,000.00 |
| **Total Income** | 4,055.30 |
| **Expense** |  |
|   Clothing | 256.12 |
|   Food and housekeeping supplies | 590.27 |
|   Health Insurance | 142.69 |
|   Medical | 153.29 |
|   Personal | 593.75 |
|   Personal care products and serv | 225.42 |
| **Total Expense** | 1,961.54 |
| **Net Income** | 2,093.76 |

# ROSA MARIA STYLES   19-32881 ABA
## Profit & Loss
### December 9, 2019 through March 5, 2021

|  | Dec 9, '19 - Mar 5, 21 |
|---|---:|
| **Income** | |
| Bank Balance at 12-8-2019 | 2,952.23 |
| interest income | 0.19 |
| IRS TAXEIP2 | 600.00 |
| Retirement Income | 31,644.91 |
| Return bank fees | 0.20 |
| Spousal Contribution | 21,299.00 |
| **Total Income** | 56,496.53 |
| **Expense** | |
| AUTO | 190.00 |
| Bank Charges | 1.20 |
| Cable, TV, Telephone | 162.96 |
| cash | 2,660.00 |
| Clothing | 4,806.36 |
| DEPOSIT | -3,005.00 |
| Equipment | 1,188.26 |
| Food and housekeeping supplies | 8,313.47 |
| Health Insurance | 1,749.46 |
| Maintenance, repair | 1,674.03 |
| Medical | 2,341.25 |
| Personal | 23,707.25 |
| Personal care products and serv | 3,335.38 |
| service charges- checks,etc | 43.00 |
| Tax Ref | -1,200.00 |
| Transportation | 512.00 |
| **Total Expense** | 46,479.62 |
| **Net Income** | 10,016.91 |

Page 1

# ROSA MARIA STYLES  19-32881 ABA
## Balance Sheet
### As of February 28, 2021

|  | Feb 28, 21 |
|---|---|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       TD BANK 26202 | 10,062.72 |
|     Total Checking/Savings | 10,062.72 |
|   Total Current Assets | 10,062.72 |
| **TOTAL ASSETS** | **10,062.72** |
| **LIABILITIES & EQUITY** | |
|   Equity | |
|     Retained Earnings | 2,981.10 |
|     Net Income | 7,081.62 |
|   Total Equity | 10,062.72 |
| **TOTAL LIABILITIES & EQUITY** | **10,062.72** |

Page 1

In re ROSA MARIA STYLESA1:G45  
Debtor

Case No. __19-32881 ABA  
Reporting Period FEBRUARY 2021

## STATUS OF POSTPETITION TAXES
### ADDRESSED IN DISCLOSURE STATEMENT AND PLAN

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

Federal and State Income Tax withheld from salary

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | $ - |
| FICA-Employer | | PLAN CONFIRMED | | | | $ - |
| Unemployment | | | | | | $ - |
| Income: addressed in the Plan Projections | $ - | | | | | $ - |
| Other: | | | | | | $ - |
| Total Federal Taxes | $ - | | | | | $ - |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | $ - |
| Excise | | | | | | $ - |
| Unemployment | | | | | | $ - |
| Real Property | | | | | | $ - |
| Personal Property | | | | | | |
| Other: | | | | | | $ - |
| Total State and Local | | | | | | $ - |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS
### ADDRESSED IN DISCLOSURE STATEMENT AND PLAN

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | $ - |
| Taxes Payable - Income Addressed in DS&P | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent/Leases-Building | | | | | | $ - |
| Rent/Leases-Equipment | | | | | | $ - |
| Secured Debt/Adequate Protection Payments | | PLAN CONFIRMED | | | | |
| Professional Fees | | | | | | $ - |
| Amounts Due to Insiders* | | | | | | $ - |
| | | | | | | |
| Total Postpetition Debts | $ - | Property FMV exceeds undisputed Secured Debt | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(04/07)

In Re: ROSA MARIA STYLES
Case No. _19-32881 ABA
Reporting Period FEBRUARY 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ - |
| + Amounts billed during the period | - |
| - Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | $ - |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | $ - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | - |
| Total Accounts Receivable | - |
| Amount considered uncollectible (Bad Debt) | - |
| Accounts Receivable (net) | $ - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | PLAN CONFIRMED Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

AV 01 105989 27797B301 D**5DGT

ROSA M STYLES
DIP CASE 19-32881 DIST NJ
61 HARTFORD RD
SEWELL NJ 08080-2040

Page: 1 of 4
Statement Period: Feb 06 2021-Mar 05 2021
Cust Ref #: !6202-039-T-###
Primary Account #: ;6202

## Chapter 11 Checking

ROSA M STYLES
DIP CASE 19-32881 DIST NJ

Account # ;6202

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,923.15 | Average Collected Balance | 8,978.90 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,189.19 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 2,095.43 | Days in Period | 28 |
| Ending Balance | 10,016.91 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/17 | DEPOSIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/23 | DEBIT CARD CREDIT, *****30071395297, AUT 022321 VISA DDA REF MED BILLING AND MGMT SVC    NEWARK    * DE | 9.89 |
| 02/24 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****09922A  SSA | 1,253.00 |
| 03/01 | ACH DEPOSIT, OWENS-ILLINOIS S JHTC 6028486 | 802.30 |
| 03/01 | DEBIT CARD CREDIT, *****30071395297, AUT 022821 VISA DDA REF SP  SKIMS           888 757 5467  * CA | 124.00 |
| | Subtotal: | 2,189.19 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | DEBIT CARD PURCHASE, *****30071395297, AUT 020321 VISA DDA PUR RUE LA LA       888 992 5252  * MA | 42.63 |
| 02/10 | DEBIT CARD PAYMENT, *****30071395297, AUT 020921 VISA DDA PUR WWW CVS COM       800 746 7287  * RI | 5.33 |
| 02/11 | DEBIT CARD PURCHASE, *****30071395297, AUT 021021 VISA DDA PUR SP  SKIMS          HTTPSSKIMSBOD * CA | 130.00 |
| 02/12 | ACH DEBIT, AETNA HEALTH INS INS PYMT AHC6236740 | 142.69 |
| 02/12 | DEBIT CARD PURCHASE, *****30071395297, AUT 021121 VISA DDA PUR SP  THE BEACHWAVER CO    HTTPSBEACHWAV * IL | 110.04 |
| 02/16 | DEBIT CARD PURCHASE, *****30071395297, AUT 021321 VISA DDA PUR CVS PHARMACY 00429    CAPE MAY COUR * NJ | 62.21 |
| 02/16 | DEBIT CARD PURCHASE, *****30071395297, AUT 021321 VISA DDA PUR ARBYS 6997 CAPE MAY COU    CAPE MAY CH  * NJ | 4.68 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ROSA M STYLES
DIP CASE 19-32881 DIST NJ

Page: 3 of 4
Statement Period: Feb 06 2021-Mar 05 2021
Cust Ref #: 6202-039-T-###
Primary Account #: 6202

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 02/18 | DEBIT CARD PAYMENT, *****30071395297, AUT 021721 VISA DDA PUR<br>GRC PERRICONEMD    800 5670287    * CA | 89.24 |
| 02/19 | DEBIT CARD PURCHASE, *****30071395297, AUT 021821 VISA DDA PUR<br>WILLIAM FRANCKLE  MD FAC    VOORHEES TOWN * NJ | 50.00 |
| 02/19 | DEBIT CARD PURCHASE, *****30071395297, AUT 021721 VISA DDA PUR<br>MED BILLING AND MGMT SVC    888 3502004    * DE | 9.89 |
| 02/22 | DEBIT POS, *****30071395297, AUT 022021 DDA PURCHASE<br>T J MAXX  20 COURT HOU    CAPE MAY CH    * NJ | 72.82 |
| 02/23 | DEBIT POS, *****30071395297, AUT 022321 DDA PURCHASE<br>WAL MART SUPER CENTER    TURNERSVILLE * NJ | 148.61 |
| 02/24 | DEBIT POS, *****30071395297, AUT 022421 DDA PURCHASE<br>HOMEGOODS 1341B FAIRVI    DELRAN    * NJ | 225.65 |
| 02/24 | DEBIT POS, *****30071395297, AUT 022421 DDA PURCHASE<br>WM SUPERC WAL MART SUP    TURNERSVILLE * NJ | 29.53 |
| 03/01 | DEBIT CARD PURCHASE, *****30071395297, AUT 022821 VISA DDA PUR<br>LULULEMON AVALON    AVALON    * NJ | 200.00 |
| 03/01 | DEBIT POS, *****30071395297, AUT 030121 DDA PURCHASE<br>T J MAXX  20 COURT HOU    CAPE MAY CH    * NJ | 134.67 |
| 03/01 | DEBIT CARD PURCHASE, *****30071395297, AUT 022521 VISA DDA PUR<br>WF WAYFAIR3530795479    866 263 8325  * MA | 99.15 |
| 03/01 | DEBIT CARD PURCHASE, *****30071395297, AUT 022621 VISA DDA PUR<br>FERNANDES BANERJEE SHENO    856 4316300  * NJ | 35.75 |
| 03/01 | DEBIT CARD PURCHASE, *****30071395297, AUT 022521 VISA DDA PUR<br>ACME 3994    SEWELL    * NJ | 14.93 |
| 03/03 | DEBIT CARD PURCHASE, *****30071395297, AUT 030121 VISA DDA PUR<br>ACME 0890    CAPE MAY COUR * NJ | 93.13 |
| 03/04 | DEBIT CARD PURCHASE, *****30071395297, AUT 030321 VISA DDA PUR<br>FUSION SALON    AVALON    * NJ | 209.72 |
| 03/04 | DEBIT CARD PURCHASE, *****30071395297, AUT 030221 VISA DDA PUR<br>ACME 0859    CAPE MAY COUR * NJ | 26.14 |
| 03/05 | DEBIT POS, *****30071395297, AUT 030521 DDA PURCHASE<br>WAL MART  WAL MART STO    RIO GRANDE    * NJ | 67.81 |
| 03/05 | DEBIT POS, *****30071395297, AUT 030521 DDA PURCHASE<br>ULTA  1547    RIO GRANDE    * NJ | 61.84 |
| 03/05 | INTL DEBIT CARD PUR, *****30071395297, AUT 030421 INTL DDA PUR<br>PREFERENCEYOU    DAVENTRY    G BR | 28.97 |
| | Subtotal: | 2,095.43 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**TD Bank**
America's Most Convenient Bank®

ROSA M STYLES
DIP CASE 19-32881 DIST NJ

Page: 4 of 4
Statement Period: Feb 06 2021-Mar 05 2021
Cust Ref #: 6202-039-T-###
Primary Account #: 26202

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/05 | 7,923.15 | 02/19 | 9,276.44 |
| 02/08 | 7,880.52 | 02/22 | 9,203.62 |
| 02/10 | 7,875.19 | 02/23 | 9,064.90 |
| 02/11 | 7,745.19 | 02/24 | 10,062.72 |
| 02/12 | 7,492.46 | 03/01 | 10,504.52 |
| 02/16 | 7,425.57 | 03/03 | 10,411.39 |
| 02/17 | 9,425.57 | 03/04 | 10,175.53 |
| 02/18 | 9,336.33 | 03/05 | 10,016.91 |



Page: 2 of 4

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 10,016.91 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | − |
| Adjusted Balance | |

**Total Deposits**

**Total Withdrawals**

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.