| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Attorneys for Debtor and Debtor-in-Possession, Rosa Maria Styles* | Order Filed on June 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ROSA MARIA STYLES,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA)<br><br>**Hearing Date: June 10, 2021**<br>**Hearing Time: 2:00 p.m.** |

**ORDER GRANTING SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL FOR <u>DEBTOR, FROM NOVEMBER 26, 2020 THROUGH MAY 10, 2021</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 10, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**AND NOW**, the Court finds McManimon, Scotland & Baumann, LLP ("MSB"), filed a Second and Final Application for allowances; notice and opportunity for hearing were given to the Debtor, creditors, and other parties in interest as required; and MSB having reviewed the United States Trustee's informal objection and agreed to a reduction in the amount of $2,500; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | FEES | EXPENSES |
|---|---|---|
| McManimon, Scotland & Baumann, LLC<br>*Attorney for the Debtor, Rosa Maria Styles* | 20,364.00[1] | $177.10 |

**IT IS FURTHER ORDERED** the Debtor is hereby authorized and directed to pay the allowed fees and expenses to McManimon, Scotland & Baumann, LLC.

---

[1] The fees requested in the Second and Final Application before the reduction was $22,864.00