UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Rosa Maria Styles,

Debtor.

Case No.: ___19-32881 (ABA)___

Chapter: ___11___

Judge: ___Altenburg___

## NOTICE OF PROPOSED PRIVATE SALE

___Rosa Maria Styles___, ___Chapter 11 debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Mitchell H. Cohen United States Courthouse |
| | 401 Market Street |
| | Camden, New Jersey 08102 |

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___August 31, 2021___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, ___401 Market St, Camden, New Jersey___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| | |
|---|---|
| Description of property to be sold: | Real property located at 43 West 12th Street, Avalon, NJ |

| | |
|---|---|
| Proposed Purchaser: | SJS Holdings, LLC |

| | |
|---|---|
| Sale price: | $3,500,000 |

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:         Sari B. Placona, Counsel to Rosa Maria Styles, Chapter 11 Debtor

Address:      McManimon Scotland & Baumann LLC, 75 Livingston Ave., Roseland, NJ 07068

Telephone No.: 973-622-1800

*rev.8/1/15*