| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III, Esq. (asodono@msbnj.com)<br>Sari B. Placona, Esq. (splacona@msbnj.com)<br>*Attorneys for Debtor, Rosa Maria Styles* | |
| In re:<br><br>ROSA MARIA STYLES,<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA) |

# CERTIFICATION OF SERVICE

1. I, Stacy Lipstein am a legal assistant employed by McManimon, Scotland & Baumann, LLC, attorneys to Debtor, Rosa Maria Styles in this matter.

2. On August 3, 2021, I sent a copy of the following documents to the parties listed in the chart below:

   - Notice of Debtor's Motion to (A) Authorize Sale of Debtor's Real Property Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 (b), (f), and (m); and (B) Granting Related Relief (the "Sale Motion");
   - Memorandum of Law in Support of the Sale Motion;
   - Certification of Rosa Styles in Support of the Sale Motion;
   - Notice of Proposed Sale;
   - Proposed Order; and
   - Notice of Proposed Private Sale.

3. I hereby certify under penalty of perjury that the Adjournment Letter was sent using the mode of service indicated.

Dated: August 3, 2021                      */s/ Stacy Lipstein*
                                                                          Stacy Lipstein

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Jeffrey M. Sponder, Esq.<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | *U.S. Trustee's Office* | ☒ Regular Mail<br>☒ Via Email (jeffrey.m.sponder@usdoj.gov) |
| Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222 | *Attorneys for CEBV, LLC* | ☒ Regular Mail<br>☒ Via Email (mmenkowitz@foxrothschild.com) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>800 N. Kings Highway, Ste. 300<br>Cherry Hill, NJ 08034 | *Attorneys for Thomas J. Welsh, Jr.* | ☒ Regular Mail<br>☒ Via Email (rmcdowell@slgcollect.com) |
| Synchrony Bank<br>c/o PRA Receivables Management<br>PO Box 41021<br>Norfolk, VA 23541 | *NOA* | ☒ Regular Mail<br>☒ Via Email (claims@recoverycorp.com) |
| Gilbert R. Yabes, Esq.<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Ste. 200<br>PO Box 17933<br>San Diego, CA 92177-0933 | *Attorneys for Bayview Loan Servicing, LLC* | ☒ Regular Mail<br>☒ Via Email (gyabes@aldridgepite.com) |
| William M. E. Powers, III<br>Powers Kirn, LLC<br>728 Marne Highway, Ste. 200<br>Moorestown, NJ 08057 | *Attorneys for Bayview Loan Servicing, LLC* | ☒ Regular Mail<br>☒ Via Email (ecf@powerskirn.com) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108 | *Attorneys for Bayview Loan Servicing, LLC* | ☒ Regular Mail<br>☒ Via Email (dcarlon@kmllawgroup.com) |
| Bank of America, N.A.<br>PO Box 15222<br>Wilmington, DE 19886 | *Notice re Secured Creditor, Bayview Loan Serving, LLC* | ☒ Regular Mail |
| Secretary of Housing & Urban Development<br>451 7th SW<br>Washington, DC 20401 | *Notice re Secured Creditor, Bayview Loan Serving, LLC* | ☒ Regular Mail |
| Capital One Bank<br>4851 Cox Road<br>Glen Allen, VA 23060 | *Secured Creditor* | ☒ Regular Mail |
| Pressler and Pressler, LLP<br>7 Entin Road<br>Parsippany, NJ 07054<br>*On behalf of Capital One Bank* | *Secured Creditor* | ☒ Regular Mail |
| Capital One Bank (USA), N.A.<br>1680 Capital One Drive<br>McLean, VA 22102 | *Unsecured Creditor* | ☒ Regular Mail |

| | | |
|---|---|---|
| Hayt, Hayt & Landau, LLC<br>Two Industrial Way, W<br>Eatontown, NJ 07724 | *Attorneys for Capital One Bank (USA), N.A.* | ☒ Regular Mail |
| Kennedy Medical Group Practice<br>PO Box 95000<br>CL 4570<br>Philadelphia, PA 19195 | *Unsecured Creditor* | ☒ Regular Mail |
| Penn Medicine<br>PO Box 824406<br>Philadelphia, PA 19182 | *Unsecured Creditor* | ☒ Regular Mail |
| Higgins Landscaping<br>219 Crown Point Road<br>Thorofare, NJ 08086 | *Unsecured Creditor* | ☒ Regular Mail |
| E.D. Palmarella, Esq.<br>Palmarella, Curry & Raab, PC<br>1255 Drummers Lane, Suite 105<br>Wayne, PA 19087 | *Counsel to Proposed Buyer* | ☒ Regular Mail |