UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-32881 (ABA) |
| Rosa Maria Styles, | Chapter: | 11 |
| | Judge: | Altenburg |
| Debtor. | | |

## NOTICE OF PROPOSED PRIVATE SALE

__Rosa Maria Styles__, __Chapter 11 debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Mitchell H. Cohen United States Courthouse
401 Market Street
Camden, New Jersey 08102

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __August 31, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __401 Market St, Camden, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: Real property located at 43 West 12th Street, Avalon, NJ

Proposed Purchaser:
SJS Holdings, LLC

Sale price: $3,500,000

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Sari B. Placona, Counsel to Rosa Maria Styles, Chapter 11 Debtor

Address: McManimon Scotland & Baumann LLC, 75 Livingston Ave., Roseland, NJ 07068

Telephone No.: 973-622-1800

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Rosa Maria Styles  
    Debtor

Case No. 19-32881-ABA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 04, 2021      Form ID: pdf905      Total Noticed: 39

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa Maria Styles, 61 Hartford Road, Sewell, NJ 08080-2040 |
| aty | + | McManimon Scotland & Baumann, LLC, 75 Livingston Avenue, Roseland, NJ 07068-3701 |
| aty | + | Scott E Kaplan, 5 S. Main Street, Allentown, Ne 08501, US 08501-1686 |
| acc | + | Anthony Nini, Anthony D. Nini, CPA, 1075 Easton Avenue, Suite 178, Somerset, NJ 08873-1648 |
| r | + | Robert J. Scully, Jr., Ferguson Dechert Real Estate, Inc., 2789 Dunes Drive, Avalon, NJ 08202-1984 |
| cr | + | Thomas J. Welsh, Jr., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518634639 | ++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306 address filed with court:, BMW Financial Services, PO Box 78103, Phoenix, AZ 85062 |
| 518609211 | #+ | Bank of America, N.A., 1800 Tapo Canyon Road, Simi Valley, CA 93063-6712 |
| 518634635 | + | Bank of America, NA, PO Box 15222, Wilmington, DE 19850-5222 |
| 518609215 | + | CEBV, LLC, 280 Technology Park NW, Suite 100, Norcross, GA 30092-2990 |
| 518613492 | + | CEBV, LLC, Attn: Michael G. Menkowitz, Esq., Fox Rothschild LLP, 2000 Market Street - Twentieth Floor, Philadelphia, PA 19103-3294 |
| 518609214 | + | Capital One Bank (USA), N.A., c/o Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2265 |
| 518609227 | + | Drinkwater & Goldstein, LLP, 277 White Horse Pike, Suite 200, Atco, NJ 08004-2275 |
| 518609210 | + | Fox Rothschild LLP, 1301 Atlantic Avenue, Midtown Building, Suite 400, Atlantic City, NJ 08401-7227 |
| 518634637 | | Hayt, Hayt & Landau, LLC, Two Hundred Way West, Eatontown, NJ 07724 |
| 518609225 | + | Higgins Landscaping, 219 Crown Point Rd, West Deptford, NJ 08086-2113 |
| 518609216 | + | Jerry Schwartz, 1 Twin Oaks Drive, Shamong, NJ 08088-8553 |
| 518609217 | | Kennedy Medical Group Practice, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 518609218 | + | Knuckles, Komosinski & Elliott, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |
| 518609219 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518609220 | | Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518808483 | + | ROBERT SCHWARTZ, 61 HARTFORD ROAD, SEWELL, NJ 08080-2040 |
| 518609221 | + | Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 518609223 | + | Stefanie Malone-Zeitz, Esquire, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 518891115 | + | Tenaglia & Hunt, 395 West Passaic St., Ste 205, Rochelle Park, NJ 07662-3016 |
| 518609224 | + | Thomas J. Walsh, Jr., 2589 Ocean Avenue, Avalon, NJ 08202-1964 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2021 20:17:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518656294 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 04 2021 20:17:00 | Atlantic City Electric, 5 Collins Drive Ste 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518609212 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 04 2021 20:17:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Miami, FL 33146-1873 |
| 518719358 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 04 2021 20:17:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518609213 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 04 2021 20:36:07 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 518634636 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 04 2021 20:35:45 | Capital One Bank (USA) NA, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 518988543 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 04 2021 20:17:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518988544 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 04 2021 20:17:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 518609222 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 04 2021 20:35:45 | Secretary of Housing & Urban Development, 451 7th S.W., Washington, DC 20410-0002 |
| 518611437 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 20:35:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518609226 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2021 20:17:00 | U.S. Trustee, 1 Newark Center, Newark, NJ 07102-5277 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518891116 | | Deerfeild Associates |
| 518623297 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Debtor Rosa Maria Styles asodono@msbnj.com |

District/off: 0312-1 — User: admin — Page 3 of 3
Date Rcvd: Aug 04, 2021 — Form ID: pdf905 — Total Noticed: 39

| Recipient | Role / Email |
|---|---|
| Anthony Sodono, III | on behalf of Accountant Anthony Nini asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Attorney McManimon Scotland & Baumann LLC asodono@msbnj.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason C Manfrey | on behalf of Defendant CEBV LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Jason C Manfrey | on behalf of Creditor CEBV LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Michael G. Menkowitz | on behalf of Creditor CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com |
| Michael G. Menkowitz | on behalf of Defendant CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com |
| Rebecca K. McDowell | on behalf of Creditor Thomas J. Welsh Jr. rmcdowell@slgcollect.com |
| Sari Blair Placona | on behalf of Debtor Rosa Maria Styles splacona@msbnj.com |
| Scott E. Kaplan | on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com |
| Scott E. Kaplan | on behalf of Attorney Scott E Kaplan scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecf@powerskirn.com |

TOTAL: 16