UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-32881 |
|---|---|---|
| Rosa Maria Styles | Chapter: | 11 |
| | Hearing Date: | 9/23/2021 |
| | Judge: | ABA |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after _____9/23/2021_____ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:    September 23, 2021
Time:    10:00AM
Location:    400 Cooper Street
         Camden, NJ 08101
         Courtroom 4B

DATED: August 18, 2021                JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*