UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br><br> Rosa Maria Styles | Case No.: 19-32881 <br><br> Chapter: 11 <br><br> Hearing Date: 9/23/2021 <br><br> Judge: ABA |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:   DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after __9/23/2021__ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:        September 23, 2021
Time:       10:00AM
Location:   400 Cooper Street
            Camden, NJ 08101
            Courtroom 4B

DATED: August 18, 2021                                JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32881-ABA |
| Rosa Maria Styles | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 18, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rosa Maria Styles, 61 Hartford Road, Sewell, NJ 08080-2040 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Debtor Rosa Maria Styles asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Accountant Anthony Nini asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Attorney McManimon Scotland & Baumann  LLC asodono@msbnj.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Jason C Manfrey
: on behalf of Defendant CEBV LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jason C Manfrey
: on behalf of Creditor CEBV LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jeffrey M. Sponder
: on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Michael G. Menkowitz
: on behalf of Defendant CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Michael G. Menkowitz
: on behalf of Creditor CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Rebecca K. McDowell
: on behalf of Creditor Thomas J. Welsh Jr. rmcdowell@slgcollect.com

Sari Blair Placona
: on behalf of Debtor Rosa Maria Styles splacona@msbnj.com

Scott E. Kaplan
: on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Scott E. Kaplan
: on behalf of Attorney Scott E Kaplan scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

U.S. Trustee
: USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
: on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecf@powerskirn.com

TOTAL: 16