Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–32881–ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosa Maria Styles
   61 Hartford Road
   Sewell, NJ 08080

Social Security No.:
   xxx–xx–9922

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              September 23, 2021
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*203* – Objection to Clerk's Notice of Intention to Close Case (related document:202 Notice of Intention to Close Case. Hearing date if Objection filed: 9/23/2021 @ 10:00 a.m. Notice served on the debtor, debtor's attorney, attorney for creditors' committee, if any, Trustee, if any and United States Trustee. Objections due by 9/16/2021. Deadline to close chapter 11 case is 9/23/2021. (har)) filed by Jeffrey M. Sponder on behalf of U.S. Trustee. (Attachments: # 1 Certificate of Service) (Sponder, Jeffrey)

and transact such other business as may properly come before the meeting.


Dated: August 23, 2021
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk