| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **McMANIMON, SCOTLAND<br>& BAUMANN, LLC**<br>75 Livingston Avenue<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Attorneys for Debtor and Debtor-in-Possession,<br>Rosa Maria Styles* | Order Filed on August 31, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ROSA MARIA STYLES,<br><br>          Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA)<br>Honorable Andrew B. Altenburg, Jr., U.S.B.J<br><br>Hearing Date & Time:<br>August 31, 2021 at 10:00 a.m. |

**ORDER GRANTING DEBTOR'S MOTION TO (A) AUTHORIZE SALE OF DEBTOR'S REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363 (b), (f), and (m) ; AND (B) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 31, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Rosa Maria Styles |
| Case Number: | 19-32881 (ABA) |
| Caption of Order: | Order (A) authorizing the sale of Debtor's real property free and clear of liens, claims and encumbrances pursuant to 11 U.S.C. § 363 (b), (f), and (m); and (B) granting related relief |

**THIS MATTER** having been presented to the Court by Rosa Maria Styles (the "Debtor"), by and through her counsel, McManimon, Scotland & Baumann, LLC ("MSB"), upon the filing of a motion for an order (A) authorizing the sale of Debtor's real property free and clear of liens, claims and encumbrances pursuant to 11 U.S.C. § 363 (b), (f), and (m); and (B) granting related relief (the "Motion"), and the Court having considered the moving papers, and any timely filed response or objection thereto, and for good cause shown;

**THE COURT MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

A. Full and adequate notice of the Motion has been afforded to all interested parties.

B. The Debtor received an offer and executed a contract of sale (the "Contract of Sale") with SJS Holdings, LLC ("Buyer") in the amount of $3,500,000, which offer is the highest and best offer received for the Property and the sale price for the Property constitutes full and adequate consideration and reasonably equivalent value for the Property.

C. The transaction being proposed by the Debtor was negotiated at arm's length and in good faith.

D. The Buyer is a good faith purchaser for value pursuant to Section 363(m) of the Bankruptcy Code and, as such, the sale of the Property is entitled to all of the protections afforded thereby. The buyer is acting and will act in good faith within the meaning of Section 363(m) of the Bankruptcy Code in closing the transaction(s) contemplated by in the Contract for Sale.

4826-4808-9593, v. 1

(Page 3)

| | |
|---|---|
| Debtor: | Rosa Maria Styles |
| Case Number: | 19-32881 (ABA) |
| Caption of Order: | Order (A) authorizing the sale of Debtor's real property free and clear of liens, claims and encumbrances pursuant to 11 U.S.C. § 363 (b), (f), and (m); and (B) granting related relief |

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. The sale of the Debtor's right, title, and interest in the Property to Buyer pursuant to the terms and conditions set forth in the Contract for Sale is hereby approved.

3. The Property is being sold free and clear of all liens, claims and encumbrances, with valid liens, claims and encumbrances attached to the proceeds of sale.

4. Upon the closing of the sale, (1) Thomas J. Welsh, Jr., will be paid (2) CEBV, LLC, shall be paid $450,000, and (3) MSB will be paid.

5. This Order may be utilized and provided to any recording office and/or Court to remove liens and/or judgments of any kind, if any, on the Property.

6. MSB, as counsel to the Debtor, is authorized to execute closing documents for the Property as the power-of-attorney/attorney-in-fact for the Debtor.

7. The Court retains jurisdiction over the parties and this matter for, *inter alia*, purposes of enforcing this order and otherwise implementing the sale.