| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>75 Livingston Avenue<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Attorneys for Debtor and Debtor-in-Possession,*<br>*Rosa Maria Styles* | Order Filed on August 31, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ROSA MARIA STYLES,<br><br>               Debtor. | Chapter 11<br><br>Case No. 19-32881 (ABA)<br>Honorable Andrew B. Altenburg, Jr., U.S.B.J<br><br>Hearing Date & Time:<br>August 31, 2021 at 10:00 a.m. |

**ORDER GRANTING DEBTOR'S MOTION TO (A) AUTHORIZE SALE OF DEBTOR'S REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363 (b), (f), and (m) ; AND (B) GRANTING RELATED RELIEF**

      The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 31, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Rosa Maria Styles |
| Case Number: | 19-32881 (ABA) |
| Caption of Order: | Order (A) authorizing the sale of Debtor's real property free and clear of liens, claims and encumbrances pursuant to 11 U.S.C. § 363 (b), (f), and (m); and (B) granting related relief |

**THIS MATTER** having been presented to the Court by Rosa Maria Styles (the "Debtor"), by and through her counsel, McManimon, Scotland & Baumann, LLC ("MSB"), upon the filing of a motion for an order (A) authorizing the sale of Debtor's real property free and clear of liens, claims and encumbrances pursuant to 11 U.S.C. § 363 (b), (f), and (m); and (B) granting related relief (the "Motion"), and the Court having considered the moving papers, and any timely filed response or objection thereto, and for good cause shown;

**THE COURT MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

A. Full and adequate notice of the Motion has been afforded to all interested parties.

B. The Debtor received an offer and executed a contract of sale (the "Contract of Sale") with SJS Holdings, LLC ("Buyer") in the amount of $3,500,000, which offer is the highest and best offer received for the Property and the sale price for the Property constitutes full and adequate consideration and reasonably equivalent value for the Property.

C. The transaction being proposed by the Debtor was negotiated at arm's length and in good faith.

D. The Buyer is a good faith purchaser for value pursuant to Section 363(m) of the Bankruptcy Code and, as such, the sale of the Property is entitled to all of the protections afforded thereby. The buyer is acting and will act in good faith within the meaning of Section 363(m) of the Bankruptcy Code in closing the transaction(s) contemplated by in the Contract for Sale.

4826-4808-9593, v. 1

(Page 3)

| | |
|---|---|
| Debtor: | Rosa Maria Styles |
| Case Number: | 19-32881 (ABA) |
| Caption of Order: | Order (A) authorizing the sale of Debtor's real property free and clear of liens, claims and encumbrances pursuant to 11 U.S.C. § 363 (b), (f), and (m); and (B) granting related relief |

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. The sale of the Debtor's right, title, and interest in the Property to Buyer pursuant to the terms and conditions set forth in the Contract for Sale is hereby approved.

3. The Property is being sold free and clear of all liens, claims and encumbrances, with valid liens, claims and encumbrances attached to the proceeds of sale.

4. Upon the closing of the sale, (1) Thomas J. Welsh, Jr., will be paid (2) CEBV, LLC, shall be paid $450,000, and (3) MSB will be paid.

5. This Order may be utilized and provided to any recording office and/or Court to remove liens and/or judgments of any kind, if any, on the Property.

6. MSB, as counsel to the Debtor, is authorized to execute closing documents for the Property as the power-of-attorney/attorney-in-fact for the Debtor.

7. The Court retains jurisdiction over the parties and this matter for, *inter alia*, purposes of enforcing this order and otherwise implementing the sale.

4826-4808-9593, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-32881-ABA

Rosa Maria Styles  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2

Date Rcvd: Aug 31, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

**Recip ID**    **Recipient Name and Address**
db      + Rosa Maria Styles, 61 Hartford Road, Sewell, NJ 08080-2040

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

**Name**    **Email Address**

Anthony Sodono, III
    on behalf of Debtor Rosa Maria Styles asodono@msbnj.com

Anthony Sodono, III
    on behalf of Accountant Anthony Nini asodono@msbnj.com

Anthony Sodono, III
    on behalf of Attorney McManimon Scotland & Baumann LLC asodono@msbnj.com

Denise E. Carlon
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason C Manfrey
    on behalf of Defendant CEBV LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jason C Manfrey
    on behalf of Creditor CEBV LLC jmanfrey@foxrothschild.com, jdistanislao@foxrothschild.com;rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Michael G. Menkowitz
    on behalf of Defendant CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Michael G. Menkowitz
    on behalf of Creditor CEBV LLC mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

Rebecca K. McDowell
    on behalf of Creditor Thomas J. Welsh Jr. rmcdowell@slgcollect.com

Sari Blair Placona
    on behalf of Debtor Rosa Maria Styles splacona@msbnj.com

Scott E. Kaplan
    on behalf of Plaintiff Rosa Maria Styles scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Scott E. Kaplan
    on behalf of Attorney Scott E Kaplan scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecf@powerskirn.com

TOTAL: 16